**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1764, 14-1983, 14-1990          Caption [use short title]

**Motion for:** Appellate Attorneys' Fees, Expenses, and Costs

RANDOM VENTURES, INC., KEVIN BRITTINGHAM, AND LYNSEY THOMPSON,
            Plaintiffs-Appellees/Cross-Appellants,

v.

ADVANCED ARMAMENT CORP., LLC AND REMINGTON ARMS COMPANY, LLC,
            Defendants-Appellants/Cross-Appellees.

Set forth below precise, complete statement of relief sought:

Please take notice that Plaintiffs Random Ventures, Inc. and Kevin Brittingham (collectively, Brittingham) respectfully move for appellate attorneys' fees, expenses, and costs. In support of the motion, Brittingham submits the accompanying memorandum and the Declaration of William Mitchelson, Jr. (with attached exhibits).

**MOVING PARTY:** Random Ventures, Inc. & Kevin Brittingham

☑ Plaintiff          ☐ Defendant
☐ Appellant/Petitioner          ☑ Appellee/Respondent

**OPPOSING PARTY:** Advanced Armament Corp., LLC & Remington Arms Co., LLC

**MOVING ATTORNEY:** Brian D. Boone

**OPPOSING ATTORNEY:** Dana Rust

[name of attorney, with firm, address, phone number and e-mail]

ALSTON & BIRD LLP

101 S. Tryon St., Ste. 4000, Charlotte, NC 28280

Tel: (704) 444-1000 Email: brian.boone@alston.com

McGuireWoods LLP

One James Center, 901 E. Cary St., Richmond, VA 23219

Tel: (804) 775-1082 Email: drust@mcguirewoods.com

Court-Judge/Agency appealed from: United States District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this Court?          ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes ☑ No    (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☑ Yes ☐ No    If yes, enter date: The Court heard oral argument on May 20, 2015.

**Signature of Moving Attorney:**
/s/ Brian D. Boone          Date: 7/10/2014          Service by: ☑ CM/ECF          ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# Nos. 14-1764, 14-1983, 14-1990

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

---

RANDOM VENTURES, INC., KEVIN BRITTINGHAM, AND LYNSEY THOMPSON,

*Plaintiffs-Appellees/Cross-Appellants,*

v.

ADVANCED ARMAMENT CORP., LLC AND REMINGTON ARMS COMPANY, LLC,

*Defendants-Appellants/Cross-Appellees.*

---

**On Appeal from the United States District Court
for the Southern District of New York**

---

**RANDOM VENTURES, INC. AND KEVIN BRITTINGHAM'S
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR
<u>APPELLATE ATTORNEYS' FEES, EXPENSES, AND COSTS</u>**

---

Brian D. Boone
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Phone: (704) 444-1000
brian.boone@alston.com

William Mitchelson, Jr.
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
mitch.mitchelson@alston.com

*Counsel for Random Ventures, Inc. and Kevin Brittingham*

## **<u>RULE 26.1 CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Federal Rule of Appellate Procedure 26.1, Appellees/Cross-Appellants Random Ventures, Inc. and Kevin Brittingham certify as follows:

1. Random Ventures, Inc. is a Georgia corporation with its headquarters in Dacula, Georgia. It does not have publicly held corporate parents, subsidiaries or affiliates.

2. Kevin Brittingham is a natural person.

**RANDOM VENTURES, INC. AND KEVIN BRITTINGHAM'S
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR
APPELLATE ATTORNEYS' FEES, EXPENSES, AND COSTS**

**INTRODUCTION**

On May 12, 2014, the Southern District of New York awarded Random Ventures, Inc. and Kevin Brittingham (collectively, "Brittingham") over $9.7 million after finding that Remington Arms Company, LLC and Advanced Armament Corporation, LLC (collectively, "Remington") breached contracts with Brittingham in bad faith. Judgment, No. 12-cv-6792, Dkt. No. 204 (S.D.N.Y. May 12, 2014). That award included more than $1.7 million in attorneys' fees and expenses for work by Brittingham's trial counsel (Morris, Manning & Martin LLP and O'Hare Parnagian LLP).

Remington appealed; Brittingham cross-appealed. On June 11, 2015, this Court affirmed the district court's judgment, including the award of attorneys' fees and expenses to Brittingham. Summary Order, No. 14-1764, Dkt. No. 150-1, at 3. This Court denied Plaintiff Lynsey Thompson's petition for rehearing on July 7, 2015. Dkt. No. 161.

Brittingham now moves this Court for an award of $550,373.36 in appellate attorneys' fees, expenses, and costs for work done by his appellate counsel (Alston & Bird LLP).[1]

---

[1] Some individuals in the Second Circuit's Clerk's office advised Brittingham to file this motion with this Court while others advised him to file the motion with the district court. Out of an abundance of caution, Brittingham is filing his motion for appellate attorneys' fees, expenses, and costs with this Court, but he stands ready to file the motion with the trial court once the mandate issues if this Court so instructs.

1

## ARGUMENT

**I.   THE SAME CONTRACT PROVISION UNDERPINNING THE AWARD OF TRIAL ATTORNEYS' FEES AND EXPENSES TO BRITTINGHAM REQUIRES REMINGTON TO INDEMNIFY BRITTINGHAM FOR HIS APPELLATE ATTORNEYS' FEES, EXPENSES, AND COSTS.**

In its summary order, this Court found that the Asset Purchase Agreement requires Remington to indemnify Brittingham for his expenses in this case, including his attorneys' fees:

> [Remington] argues that the indemnification provisions at issue are not sufficiently clear to justify fee-shifting. Like the district court, we disagree. The provisions explicitly differentiate between "Third Person Claims" and "Claims." Such language unmistakably indicates that the indemnification agreement was intended to cover expenses for suits between the parties, including expenses for attorneys' fees.

Summary Order at 7; *see also* J.A. 682 (Asset Purchase Agreement Article 9.2) ("[Remington] agrees to indemnify . . . [Brittingham] from and against any and all Losses incurred by [Brittingham] in connection with or arising from . . . any breach by [Remington] of, or failure by [Remington] to perform, any of its covenants or obligations contained in this Agreement.").

The Asset Purchase Agreement does not distinguish between trial attorneys' fees and appellate attorneys' fees. "'Losses' means any and all losses, claims, damages, liabilities, expenses (included reasonable attorneys' and accountants' fees), assessments and Taxes." J.A. 693. "Attorneys' fees" means attorneys' fees—trial or appellate. The contract requires Remington to cover Brittingham's reasonable attorneys' fees on appeal. *Cf. John T. Nothnagle, Inc. v. Chiariello*, 66 A.D.3d 1524, 1525, 887 N.Y.S.2d 411, 412 (N.Y. App. Div. 2009) ("[P]laintiff is entitled to attorneys' fees and costs associated with defending this appeal pursuant to the terms of the listing

2

contract and we remit the matter to Supreme Court to determine the amount of reasonable attorneys' fees incurred."); *Airways Supermarkets, Inc. v. Santone*, 107 N.Y.S.2d 187, 189 (N.Y. App. Div. 1951) (awarding appellate attorneys' fees based on contract terms).

## II. THE APPELLATE ATTORNEYS' FEES, EXPENSES, AND COSTS THAT BRITTINGHAM SEEKS ARE REASONABLE.

An appropriate appellate attorneys' fee award begins with the lodestar amount, "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). There is a "strong presumption" that the lodestar figure represents a reasonable fee. *See Pennsylvania v. Del. Valley Citizens' Council for Clean Air,* 478 U.S. 546, 565 (1986).

Exhibit A to William Mitchelson's declaration details the hours that Brittingham's appellate counsel spent on the appeal and cross-appeal from their June 2, 2014 entries of appearance through this Court's June 11, 2015 Summary Order. Exhibit A to William Mitchelson's Decl; *see Hensley*, 461 U.S. at 433 ("The party seeking an award of fees should submit evidence supporting the hours worked and rates claimed."). Brittingham requests fees for the hours that his appellate counsel "reasonably expended" defending the district court's judgment and cross-appealing certain legal rulings. Brittingham's appellate counsel was not involved in the trial below. Appellate counsels' work involved (among other things) familiarizing themselves with a record that the court below described as "factually intensive" (Mem. Decision & Order, No. 12-cv-6792, Dkt. No. 203 at 15 (S.D.N.Y. May 2, 2014)), researching and drafting a response brief to Remington's 65-page opening appellate brief, researching and drafting a reply supporting Brittingham's cross-appeal, and defending the district

3

court's judgment at oral argument before this Court. Brittingham has made "a good faith effort" to exclude fee requests that have no connection with or do not arise from his efforts to defend the judgment or cross-appeal certain legal issues. *Hensley*, 461 U.S. at 434.

Each entry on the fee request "document[s] specific work on the appeal that was necessary and proper." *Cush-Crawford v. Adchem Corp.*, 234 F. Supp. 2d 207, 213 (E.D.N.Y. 2002). The fee request excludes the time spent working up this motion, does not contain any entries relating to Lynsey Thomson or her claims, and reflects a lean appellate team. *See* Exhibit B to William Mitchelson's Decl. (biographies of the primary appellate team). The requested expenses and costs are also reasonable and in keeping with appellate practice.

## CONCLUSION

For all the reasons set out in this motion, Brittingham respectfully requests $550,373.36 in attorneys' fees, expenses and costs.

Respectfully submitted,

/s/ William Mitchelson, Jr.
William Mitchelson, Jr.
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
mitch.mitchelson@alston.com

Brian D. Boone
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
Phone: (704) 444-1000
brian.boone@alston.com

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2010 in Times New Roman 14 point font.

/s/ Brian D. Boone
Brian D. Boone

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 10, 2015, I filed and served a copy of this motion through the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


By: /s/ Brian D. Boone
Brian D. Boone

# Nos. 14-1764, 14-1983, 14-1990

————————

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

————————

RANDOM VENTURES, INC., KEVIN BRITTINGHAM, AND LYNSEY THOMPSON,

*Plaintiffs-Appellees/Cross-Appellants,*

v.

ADVANCED ARMAMENT CORP., LLC AND REMINGTON ARMS COMPANY, LLC,

*Defendants-Appellants/Cross-Appellees.*

————————

**On Appeal from the United States District Court for the Southern District of New York**

————————

**DECLARATION OF WILLIAM MITCHELSON, JR. IN SUPPORT OF RANDOM VENTURES, INC. AND KEVIN BRITTINGHAM'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

————————

Brian D. Boone
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Phone: (704) 444-1000
brian.boone@alston.com

William Mitchelson, Jr.
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
mitch.mitchelson@alston.com

*Counsel for Random Ventures, Inc. and Kevin Brittingham*

I, William R. Mitchelson, Jr., being of full age, declare as follows:

1.     I am a partner with the law firm Alston & Bird LLP. I graduated from the University of Chicago Law School in 1985 and am admitted to practice law in California and Georgia. As part of my practice, I work regularly with attorneys in Alston & Bird's New York office and with other New York litigators.

2.     I represented Plaintiffs Random Ventures Inc. and Kevin Brittingham (collectively, "Brittingham") in their appeal before the Second Circuit. My colleague Brian D. Boone, also a litigator with Alston & Bird, argued the appeal and took the lead on the briefing. Mr. Boone has substantial appellate experience. *See* Ex. B (B. Boone biography). James Cash, a former Alston & Bird associate who is now with the United States Department of Justice, also assisted with the briefing. We do not represent Plaintiff Lynsey Thompson. Attached as Exhibit B are the biographies of the primary appellate team. Alston & Bird did not represent Brittingham at trial. The firm joined the case on appeal.

3.     In keeping with firm practice, Alston & Bird lawyers maintained records of the time that they spent on this matter. Attached as Exhibit A is a true and correct copy of a bill for time spent on the appeal. None of that time was spent working on Lynsey Thompson's behalf.

4.     The hourly rates for the attorneys and paralegals who worked on this matter are set out in Exhibit A. Alston & Bird's rates vary depending on the experience of the person rendering the service. I am familiar with

standard billing rates for and the work performed by the lawyers reflected on Exhibit A. Those rates are within the range of rates for attorneys with comparable experience at similarly situated law firms in the Atlanta, Georgia and Charlotte, North Carolina areas. The rates charged in this matter were our standard hourly rates.

5.   Based on my experience working with attorneys practicing law in the New York City geographic area, I am familiar with the rates charged by Alston & Bird's New York attorneys, as well as with the rates charged by New York law firms for similar matters. The rates charged by Alston & Bird are comparable to and indeed lower than rates charged by New York lawyers for similar work.

6.   Exhibit A also lists the non-taxable expenses that Brittingham incurred during the course of this appeal (including travel, lodging, printing, and costs of legal research).

7.   In accordance with this Court's instructions in its June 11, 2015 Summary Order and Judgment (Dkt. No. 150-1), Alston & Bird filed a Bill of Costs with the Court on June 25, 2015. *See* Exhibit C (Bill of Costs, Dkt. No. 153).

8.   Brittingham  asks this Court to grant him appellate attorneys' fees, non-taxable expenses, and costs totaling $550,373.36.

9.   I have reviewed Brittingham's Motion for Attorneys' Fees, Expenses, and Costs. Based on that Motion and given my involvement in the case, I represent to the Court that the work performed on this matter, the

amount of time spent on this matter, and the overall fees and expenses reflected in Exhibit A were reasonable, necessary, and fair.

Respectfully submitted this 10th day of July, 2015.

/s/ William Mitchelson, Jr.
William Mitchelson, Jr.
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
mitch.mitchelson@alston.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 10, 2015, I filed and served a copy of this motion through the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ Brian D. Boone
       Brian D. Boone

# EXHIBIT A

**ATLANTA**
**CHARLOTTE**
**DALLAS**
**LOS ANGELES**
**NEW YORK**
**RESEARCH TRIANGLE**
**SILICON VALLEY**
**WASHINGTON**
**BRUSSELS**

# ALSTON&BIRD LLP

**ONE ATLANTIC CENTER**
**1201 WEST PEACHTREE STREET**
**ATLANTA, GA 30309-3424**
**(404) 881-7000**
**FAX: (404) 881-7777**
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**        Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA  30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

## INVOICE SUMMARY

Re:    Federal Appeal

|  |  |
|---|---|
| Services Billed | $365,335.50 |
| Other Charges | $10,219.37 |
| **Invoice Total** | **$375,554.87** |

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227    **WIRE ROUTING#:121000248**
Account #:  2000016952111    **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA  30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

Re:     Federal Appeal

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/19/2014 | BRIAN BOONE | 3.40 | Analyze trial-court briefing, district court's opinion. |
| 05/20/2014 | BRIAN BOONE | 0.70 | Confer with M. Mitchelson re bond issues; analyze trial-court briefing, district court's opinion. |
| 05/21/2014 | BRIAN BOONE | 0.70 | Analyze trial court's opinion. |
| 05/23/2014 | BRIAN BOONE | 1.30 | Confer with J. Cash re case background, notice of appeal; confer with J. Cash re attorneys' fees research and analyze summary of same; analyze final judgment. |
| 05/23/2014 | JAMES CASH | 1.70 | Research and draft summary of New York law re recovery of attorneys' fees on appeal. |
| 05/25/2014 | JAMES CASH | 4.50 | Review district court opinions and briefing; draft notice of appeal. |
| 05/27/2014 | BRIAN BOONE | 4.50 | Analyze summary judgment, reconsideration briefing; analyze district court's opinions and orders; confer with M. Mitchelson, J. Cash re appellate strategy; revise draft notice of appeal and confer with J. Cash re same. |
| 05/27/2014 | JAMES CASH | 2.10 | Discuss case strategy with M. Mitchelson and B. Boone; review district court filings; research issue to appeal; draft and revise notice to appeal and notice of appearances. |
| 05/27/2014 | CODY GREER | 2.60 | Prepare pro hac vice motions and proposed orders for attorneys in preparation for appeal. |
| 05/27/2014 | WILLIAM MITCHELSON | 1.00 | Internal discussion re issues on appeal. |
| 05/28/2014 | BRIAN BOONE | 2.20 | Confer with J. Cash re research for appellate analysis; analyze possible appellate arguments and perform spot research re same. |
| 05/28/2014 | JAMES CASH | 1.80 | Research issues to appeal; draft memorandum on issues to appeal. |
| 05/28/2014 | MALIK WASHINGTON | 2.40 | Prepare documents in connection with Brittingham pleadings. |
| 05/28/2014 | CHRISTOPHER RYAN | 1.10 | Assist C. Greer in retrieving documents from PACER regarding federal court case. |
| 05/28/2014 | CODY GREER | 3.60 | Set up electronic drive, create electronic binder of docketed items. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 3 of 19
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/29/2014 | BRIAN BOONE | 3.90 | Analyze potential appellate arguments re restrictive covenants, Section 3.2 and perform spot research re same; confer with J. Cash re restrictive-covenant issues; confer with M. Mitchelson, J. Cash re appellate issues; analyze employment agreements, asset purchase agreement; analyze prejudgment interest issues and perform spot research re same. |
| 05/29/2014 | JAMES CASH | 5.10 | Discuss case strategy with M. Mitchelson and B. Boone; review district court filings; research issue to appeal; draft email describing present state of law re issues to appeal. |
| 05/29/2014 | MALIK WASHINGTON | 1.50 | Prepare documents in connection with Brittingham selected briefings. |
| 05/29/2014 | CODY GREER | 0.50 | Update electronic file with materials. |
| 05/29/2014 | CODY GREER | 1.80 | Create electronic binder with briefing. |
| 05/29/2014 | WILLIAM MITCHELSON | 1.30 | Review of record below ███████████████████ |
| 05/30/2014 | BRIAN BOONE | 3.20 | Analyze contracts, reconsideration briefing and cases cited in same; confer with J. Cash re appellate strategy; brainstorm re contract arguments; analyze whether district court erred in denying prejudgment interest for 2015 payments and confer internally re same. |
| 05/30/2014 | JAMES CASH | 1.30 | Research issues to appeal; coordinate with Supreme Court of Georgia and SDNY to file pro hac vice motions; draft and revise pro hac vice motions. |
| 05/30/2014 | CODY GREER | 0.40 | Update electronic file with materials filed on PACER. |
| 05/31/2014 | JAMES CASH | 1.20 | Draft and revise memorandum on potential issues to appeal. |
| 06/01/2014 | JAMES CASH | 3.70 | Research on Delaware False Claims Act; review complaint and summarize allegations. |
| 06/02/2014 | BRIAN BOONE | 0.60 | Analyze J. Cash's attorneys' fees research; analyze prejudgment issues, cases discussing same. |
| 06/02/2014 | JAMES CASH | 3.70 | Research and review legal precedent on issues to appeal; draft memorandum with recommendation on issues to appeal. |
| 06/02/2014 | CODY GREER | 0.50 | Update electronic file with materials received from attorney. |
| 06/03/2014 | BRIAN BOONE | 1.50 | Review J. Cash's analysis of appealable issues, cases cited in reconsideration briefing; confer with M. Mitchelson, J. Cash re appellate strategy; study Second Circuit rules. |
| 06/03/2014 | JAMES CASH | 0.80 | Research issues to appeal and update memorandum; participate in telephonic conference with team. |
| 06/03/2014 | WILLIAM MITCHELSON | 1.20 | Preparation for and team meeting to discuss issues on appeal. |
| 06/04/2014 | BRIAN BOONE | 0.50 | Confer with J. Cash re damages issues, trial court's finding of bad faith; confer with J. Cash re outline for client meeting; review final judgment. |
| 06/04/2014 | JAMES CASH | 1.00 | Review legal precedent in favor of issues to appeal; review and revise notice to appear and notice of appeal; █████████████ █████████████. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 06/04/2014 | WILLIAM MITCHELSON | 0.80 | Discussion with Morris Manning re issue on appeal and brief coordination ███████████████████████████████ |
| 06/05/2014 | BRIAN BOONE | 0.80 | Confer with J. Cash re draft notice of appeal and revise same; analyze Federal Rule of Appellate Procedure 42 and interpreting cases; confer internally re same; confer with M. Mitchelson, J. Cash re notice of appeal, client meeting. |
| 06/05/2014 | JAMES CASH | 1.20 | File notices to appear in SDNY; call clerk in Second Circuit to discuss procedure under FRAP 42; research potential issues to appeal; speak with client team about case strategy. |
| 06/05/2014 | WILLIAM MITCHELSON | 1.50 | Review of trial record and preparation for meeting with client. |
| 06/06/2014 | BRIAN BOONE | 0.50 | Confer with J. Cash re potential appealable issues; analyze restrictive-covenant issues; review draft notice of appeal. |
| 06/06/2014 | JAMES CASH | 2.50 | Draft and revise memorandum for meeting with client; prepare materials for meeting with client. |
| 06/06/2014 | CODY GREER | 0.70 | Pull Second Circuit pleadings and update electronic file. |
| 06/08/2014 | BRIAN BOONE | 0.90 | Confer with M. Mitchelson, J. Cash re restrictive-covenants issues and perform spot research for same. |
| 06/08/2014 | JAMES CASH | 2.20 | Conduct research on issues to appeal for Birmingham; update client memorandum; prepare materials for client meeting. |
| 06/08/2014 | WILLIAM MITCHELSON | 2.60 | Review of District Court rulings and record in connection with appeal. |
| 06/09/2014 | BRIAN BOONE | 3.90 | Prepare for client meeting and participate in same; confer with Morris Manning re appellate issues; confer internally re potential appealable issues. |
| 06/09/2014 | JAMES CASH | 2.50 | Prepare for and attend client meeting to discuss appeal. |
| 06/09/2014 | JAMES CASH | 2.50 | Draft summary of claims; research issues to appeal; speak with clerk for Second Circuit; speak with B. Boone re case strategy; file notices of appearance with Second Circuit. |
| 06/09/2014 | CODY GREER | 2.70 | Prepare electronic binder of hearing transcripts and coordinate printing of hard copies. |
| 06/09/2014 | WILLIAM MITCHELSON | 3.50 | ████████████████████████████████████ review of restrictive covenants in preparation for meeting with client; meeting with Kevin Brittingham with B. Boone and J. Cash at Alston & Bird. |
| 06/10/2014 | BRIAN BOONE | 0.90 | Confer with J. Cash re appellate deadlines; review potential appealable issues and J. Cash's research re same. |
| 06/10/2014 | JAMES CASH | 1.00 | Research issues related to Remington's appeal; draft filings for Second Circuit. |
| 06/10/2014 | WILLIAM MITCHELSON | 0.50 | Conference with B. Boone re inquiry from J. D'Cruz re bill of costs; email re same. |
| 06/11/2014 | JAMES CASH | 2.80 | Review trial transcript; revise filings with Second Circuit; draft entry of appearances for Second Circuit. |
| 06/11/2014 | CODY GREER | 1.50 | Prepare Form D per attorney request. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 06/12/2014 | JAMES CASH | 4.80 | Review trial transcript; speak with clerk for Second Circuit re filings; file notices of appearances in Second Circuit. |
| 06/12/2014 | MALIK WASHINGTON | 0.90 | Prepare materials in connection with post trial motions. |
| 06/12/2014 | CHRISTOPHER RYAN | 1.00 | Assist C. Greer in document production. |
| 06/12/2014 | CODY GREER | 1.30 | Pull post-trial briefing and create hard copy binder. |
| 06/13/2014 | JAMES CASH | 1.30 | Review trial court transcript. |
| 06/14/2014 | JAMES CASH | 2.10 | Review and summarize relevant portion of post trial briefing. |
| 06/15/2014 | JAMES CASH | 3.00 | Draft Forms C and D for Second Circuit; review summary judgment briefing; read trial transcript. |
| 06/16/2014 | JAMES CASH | 4.10 | Review trial court transcript; draft Forms C and D for Second Circuit. |
| 06/17/2014 | BRIAN BOONE | 0.60 | Confer with J. Cash re appellate forms, issues to appeal; analyze trial transcript for damages evidence. |
| 06/17/2014 | JAMES CASH | 0.60 | Finalize Forms C & D for Second Circuit; submit to client team for review. |
| 06/17/2014 | WILLIAM MITCHELSON | 1.00 | Review of Schedules C and D related to Second Circuit appeal filing. |
| 06/18/2014 | WILLIAM MITCHELSON | 2.10 | Review of record on appeal and orders of District Court. |
| 06/19/2014 | BRIAN BOONE | 0.80 | Confer with Morris Manning re expert bills, trial record; confer with J. Cash re Second Circuit Forms to be filed, appealable issues. |
| 06/19/2014 | JAMES CASH | 1.00 | Speak with counsel from Morris Manning re trial court record; review record from trial court. |
| 06/20/2014 | BRIAN BOONE | 3.30 | Revise description of action for Second Circuit filings and confer with J. Cash re same; Forms C and D for Second Circuit filing and confer with J. Cash re same; analyze trial record re damages issues; confer with M. Mitchelson, J. Cash re Second Circuit filings; analyze prejudgment-interest issues. |
| 06/20/2014 | JAMES CASH | 1.60 | Revise Forms C & D for Second Circuit; File Forms C & D with Second Circuit; review trial court record. |
| 06/20/2014 | CODY GREER | 0.80 | Prepare Form C exhibits. |
| 06/20/2014 | WILLIAM MITCHELSON | 1.30 | Review of Schedules C and D; conference with J. Cash and B. Boone re same; ███████████████ |
| 06/23/2014 | BRIAN BOONE | 4.70 | Analyze damages, prejudgment-interest arguments and perform spot research re same; confer with J. Cash re damages arguments, trial record; work on Statement of the Case; review J. Cash's memorandum summarizing appellate issues. |
| 06/23/2014 | JAMES CASH | 1.70 | Research and summarize New York law in conjunction with examining issue to appeal. |
| 06/24/2014 | BRIAN BOONE | 3.60 | Analyze damages, prejudgment-interest arguments and perform spot research re same; confer with J. Cash re appellate strategy, filings. |
| 06/24/2014 | JAMES CASH | 4.60 | Research and draft memorandum on issue to appeal. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/25/2014 | BRIAN BOONE | 2.70 | Confer internally re Remington letter; confer with C. Marquardt re surviving restrictive covenants ███████ ███████████ |
| 06/25/2014 | JAMES CASH | 2.80 | Research and revise memorandum re issue to appeal; discuss case strategy with B. Boone. |
| 06/25/2014 | WILLIAM MITCHELSON | 0.50 | Meeting with J. Cash re determination of issues for appeal and discussion of correspondence from Remington concerning restrictive covenants. |
| 06/26/2014 | BRIAN BOONE | 1.80 | Confer with M. Mitchelson, J. Cash re restrictive covenants, appellate strategy; review J. Cash's memorandum re potential appealable issues and revise same. |
| 06/26/2014 | JAMES CASH | 2.00 | Research and revise memorandum recommending issues to appeal ███████ |
| 06/26/2014 | CODY GREER | 1.00 | Pull cases cited in appeal letter and send to attorney per request. |
| 06/26/2014 | WILLIAM MITCHELSON | 0.70 | Review of District Court rulings related to claims to be preserved on appeal. |
| 06/27/2014 | JAMES CASH | 0.60 | Revise memorandum on issues to appeal  and send to B. Boone; submit to M. Mitchelson for review. |
| 06/30/2014 | BRIAN BOONE | 1.80 | Confer with J. Cash re prejudgment interest issues and review Second Circuit cases re same; confer with M. Mitchelson re appellate strategy, restrictive covenants; confer with J. Cash re New York damages law; review employment, asset purchase agreements; revise letter to opposing counsel re issues on appeal. |
| 06/30/2014 | JAMES CASH | 2.10 | Prepare for and participate in call with client; discuss issues with the Second Circuit Clerk; research restrictive covenants; draft letter to McGuire Woods. |
| 07/01/2014 | BRIAN BOONE | 0.20 | Confer with M. Mitchelson, J. Cash re appellate strategy; confer with J. Cash re amendments to Form C. |
| 07/01/2014 | JAMES CASH | 0.80 | Draft and revise amended Form C; speak with clerk about filing amended Form C. |
| 07/02/2014 | JAMES CASH | 0.20 | Speak with M. Mitchelson re case responsibilities and case strategy. |
| 07/10/2014 | BRIAN BOONE | 0.30 | Confer with M. Mitchelson, J. Cash re amendments to Form C, ███ ██████████████████████ review revised Form C and confer with J. Cash re same. |
| 07/10/2014 | JAMES CASH | 2.10 | Attend meeting with client team to discuss case strategy; revise amended Form C. |
| 07/10/2014 | WILLIAM MITCHELSON | 3.60 | Review of issues related to appeal of restrictive covenant issues; review and revise Amended Form C; conference with B. Boone and J. Cash re same. |
| 07/10/2014 | WILLIAM MITCHELSON | 0.20 | Conference with B. Boone and J. Cash re amendments to Form C. |
| 07/11/2014 | JAMES CASH | 0.60 | Discuss case strategy with M. Mitchelson; file amended Form C. |
| 07/11/2014 | CODY GREER | 1.80 | Prepare Form C documents and send to attorney per request. |
| 07/11/2014 | WILLIAM MITCHELSON | 0.80 | Review and approve Amended Form C. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/14/2014 | JAMES CASH | 1.00 | Revise amended Form C; review lower court rulings in conjunction with drafting CAMP mediation statement. |
| 07/15/2014 | BRIAN BOONE | 1.10 | Confer with J. Cash re mediation strategy, statement; confer with former counsel re trial exhibits; analyze damages issues. |
| 07/15/2014 | JAMES CASH | 0.80 | Speak with client team re list of outstanding projects; ███████████ |
| 07/16/2014 | BRIAN BOONE | 0.90 | Confer with J. Cash re mediation strategy; confer with case clerk re briefing schedule; review Second Circuit rules. |
| 07/16/2014 | JAMES CASH | 0.70 | Meeting with client team to discuss mediation strategy; draft and revise materials for CAMP mediation. |
| 07/17/2014 | BRIAN BOONE | 0.60 | Confer with J. Cash re mediation statement, briefing schedule; review Remington's appellate filings. |
| 07/17/2014 | JAMES CASH | 0.80 | ████████████████████████████████████ |
| 07/17/2014 | WILLIAM MITCHELSON | 2.20 | ████████████████████████████████████ |
| 07/18/2014 | BRIAN BOONE | 1.30 | Analyze trial record; analyze trial, post-trial briefing. |
| 07/18/2014 | JAMES CASH | 0.50 | ██████████████████████████████ review materials for mediation. |
| 07/21/2014 | BRIAN BOONE | 3.70 | Confer with J. Cash re mediation statement; complete mediation form; review trial record, briefing to prepare for mediation; outline Statement of Case for appellate brief. |
| 07/21/2014 | JAMES CASH | 0.50 | Review lower court orders and appellate court filings for mediation statements. |
| 07/21/2014 | CHRISTOPHER MARQUARDT | 0.20 | ███████████████████ |
| 07/22/2014 | BRIAN BOONE | 1.40 | Review reconsideration, summary judgment briefing and cases cited in same. |
| 07/23/2014 | WILLIAM MITCHELSON | 2.50 | Review of trial record in preparation for CAMP and review of restrictive covenant issues. |
| 07/24/2014 | BRIAN BOONE | 0.90 | Confer with M. Mitchelson, J. Cash re mediation strategy; confer with J. Cash re mediation statement; confer with J. D.'Cruz re trial exhibits; confer with C. Marquardt re meeting to discuss restrictive covenants. |
| 07/24/2014 | JAMES CASH | 1.50 | Discuss case and mediation strategy with client team; continue to draft analysis of case in advance of mediation. |
| 07/24/2014 | WILLIAM MITCHELSON | 7.70 | Review trial record in preparation for Second Circuit mediation conference (CAMP). |
| 07/25/2014 | BRIAN BOONE | 0.60 | Confer with J. D'Cruz re trial exhibits; confer with M. Mitchelson, C. Marquardt, J. Cash re restrictive covenants. |
| 07/25/2014 | JAMES CASH | 2.00 | Draft and revise analysis of Defendant's issues to appeal in advance of CAMP mediation; draft and revise mediation statements for CAMP mediation. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 8 of 19
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 07/25/2014 | CHRISTOPHER MARQUARDT | 0.80 | ███████████████████ |
| 07/25/2014 | WILLIAM MITCHELSON | 2.50 | Review of trial record. |
| 07/26/2014 | JAMES CASH | 3.00 | Draft and revise mediation statement for Second Circuit CAMP mediation. |
| 07/27/2014 | BRIAN BOONE | 0.20 | ███████████████████ |
| 07/27/2014 | JAMES CASH | 3.60 | Draft and revise mediation statements for Second Circuit CAMP mediation; draft and revise analysis of Remington's issues on appeal. |
| 07/28/2014 | BRIAN BOONE | 3.70 | ██████ revise mediation statement and confer with J. Cash re same. |
| 07/28/2014 | JAMES CASH | 5.00 | Draft and revise mediation statement for CAMP mediation; draft and revise analysis of Defendant's issues on appeal; draft and revise case chronology and cast of characters. |
| 07/28/2014 | WILLIAM MITCHELSON | 1.30 | Review of trial record. |
| 07/29/2014 | BRIAN BOONE | 5.10 | Revise mediation brief, Second Circuit mediation form, confer with J. Cash re same, and perform spot research re same; analyze Asset Purchase and Employment Agreements and confer with J. Cash re same; confer with J. Cash re mediation materials; analyze reconsideration briefing, district court's trial order. |
| 07/29/2014 | JAMES CASH | 1.00 | Draft and revise mediation statement for CAMP mediation; draft and revise analysis of Defendant's issues on appeal; draft and revise case chronology and cast of characters. |
| 07/29/2014 | WILLIAM MITCHELSON | 2.90 | Review of record at trial in preparation for CAMP and appeal. |
| 07/30/2014 | BRIAN BOONE | 0.20 | Confer with J. Cash re mediation materials; confer with Morris Manning re trial exhibits. |
| 07/30/2014 | JAMES CASH | 3.00 | Draft and revise mediation statement for CAMP mediation; draft and revise analysis of Defendant's issues on appeal; draft and revise case chronology and cast of characters. |
| 07/30/2014 | WILLIAM MITCHELSON | 1.40 | Review of trial record. |
| 07/31/2014 | BRIAN BOONE | 1.60 | Review M. Mitchelson's comments on mediation papers and implement same; revise mediation brief and confer with J. Cash re same. |
| 07/31/2014 | JAMES CASH | 3.00 | Draft and revise mediation statement for CAMP mediation; draft and revise analysis of Defendant's issues on appeal; draft and revise case chronology and cast of characters. |
| 07/31/2014 | WILLIAM MITCHELSON | 4.20 | Preparation for CAMP conference, modify and finalize mediation statements for CAMP mediator, and review of trial record. |
| 07/31/2014 | WILLIAM MITCHELSON | 0.50 | Efforts to obtain trial exhibits for client from Morris Manning. |
| 08/01/2014 | BRIAN BOONE | 1.70 | Revise mediation papers and confer internally re same; confer with Second Circuit re mediation schedule; file mediation papers with Second Circuit; analyze record to prepare for mediation. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/01/2014 | JAMES CASH | 2.00 | Review trial court materials to prepare for mediation; draft and revise cast of characters and chronology; draft email for CAMP mediator. |
| 08/02/2014 | BRIAN BOONE | 0.40 | Analyze mediation papers, contracts to prepare for mediation. |
| 08/04/2014 | JAMES CASH | 2.70 | Draft and revise internal summary for mediation; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ discuss case strategy with M. Mitchelson; research defendants issues to appeal; review and summarize contractual agreements in advance of arbitration. |
| 08/04/2014 | WILLIAM MITCHELSON | 7.30 | Review of trial record; ▮▮▮▮▮▮▮ conference call with client re mediation; review of exhibits; conference with J. Cash and B. Boone re CAMP conference; prepare for CAMP conference. |
| 08/05/2014 | BRIAN BOONE | 2.60 | Review contracts, internal memoranda to prepare for mediation; participate in mediation and confer with M. Mitchelson, J. Cash re same. |
| 08/05/2014 | JAMES CASH | 3.00 | Prepare for and attend CAMP mediation. |
| 08/05/2014 | WILLIAM MITCHELSON | 5.50 | Preparation for CAMP conference; review of record; meeting of team in preparation for CAMP Conference; 2nd Circuit mediation conference. |
| 08/12/2014 | BRIAN BOONE | 1.50 | Review record, lower-court briefing and synthesize notes for appellate brief. |
| 08/13/2014 | BRIAN BOONE | 4.10 | Analyze trial-court record, briefing; draft sections for appellate brief and perform spot research for same; analyze Remington's likely arguments on appeal. |
| 08/13/2014 | WILLIAM MITCHELSON | 1.20 | Review of appellate record. |
| 08/14/2014 | BRIAN BOONE | 3.90 | Analyze trial-court record, briefing; draft sections of appellate brief; confer with J. Cash re materials for joint appendix and follow up with M. Mitchelson re same. |
| 08/15/2014 | BRIAN BOONE | 2.40 | Draft statement of case and review trial record. |
| 08/15/2014 | JAMES CASH | 0.50 | Speak with B. Boone re designating exhibits for joint appendix. |
| 08/15/2014 | WILLIAM MITCHELSON | 2.20 | Review of issues for appeal; conferences with J. Cash and B. Boone re same; review of documents introduced at trial. |
| 08/16/2014 | JAMES CASH | 3.50 | Review exhibits cited in record in conjunction with creation of joint appendix. |
| 08/21/2014 | JAMES CASH | 2.00 | Review deposition testimony cited in opinion and summarize for joint appendix; send summary to client team. |
| 08/25/2014 | BRIAN BOONE | 3.40 | Analyze exhibits to include in joint appendix; analyze trial court's opinion; draft sections of opening appellate brief and review record materials for same. |
| 08/26/2014 | BRIAN BOONE | 4.30 | Analyze exhibits to include in joint appendix and confer with J. Cash regarding same; analyze evidence cited in trial court's opinion; confer with M. Mitchelson, J. Cash regarding joint appendix; collect materials for appellate brief and revise draft statement of case for same. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/26/2014 | JAMES CASH | 2.50 | Review potential joint appendix exhibits with B. Boone; review testimony cited by opinion and order and create spread sheet attributing testimony to witnesses at trial. |
| 08/27/2014 | BRIAN BOONE | 4.40 | Confer with J. Cash re research for appellate brief; analyze proposed joint appendix materials, exhibits; analyze trial court's factual findings and review evidence underlying same; draft sections of opening appellate brief. |
| 08/27/2014 | JAMES CASH | 1.50 | Review testimony from transcript to determine which witness transcripts need to be included in joint appendix. |
| 08/28/2014 | BRIAN BOONE | 4.90 | Analyze trial court record and evidence; draft sections of opening appellate brief; confer with J. Cash re research for opening brief; analyze federal firearm regulations. |
| 08/28/2014 | JAMES CASH | 5.00 | Review and compile pertinent testimony for court's orders; research and draft affirmative portions of appeal at direction of B. Boone. |
| 08/29/2014 | BRIAN BOONE | 3.60 | Review J. Cash's draft of affirmative arguments and revise same; confer with Remington's counsel re joint appendix; revise draft statement of case; review New York law re contractual limitations on damages. |
| 08/30/2014 | BRIAN BOONE | 1.30 | Revise draft sections of opening appellate brief and review materials for same. |
| 08/30/2014 | JAMES CASH | 1.60 | Review exhibits cited in model appendix by attorneys for L. Thompson; draft summary of exhibits and share with client team. |
| 08/31/2014 | BRIAN BOONE | 1.60 | Revise draft sections of opening appellate brief and perform spot research for same; confer with J. Cash re revisions to draft appellate brief. |
| 09/02/2014 | BRIAN BOONE | 2.90 | Confer with opposing counsel re joint appendix; confer with J. Cash re research for appellate brief; revise appellate brief and confer with J. Cash re same. |
| 09/02/2014 | JAMES CASH | 2.30 | Research and draft affirmative appeal sections for K. Brittingham; review and summarize items for joint appendix. |
| 09/03/2014 | BRIAN BOONE | 3.30 | Review proposed joint appendix and confer internally re same; revise draft brief and confer with J. Cash re same. |
| 09/03/2014 | JAMES CASH | 1.30 | Research and revise sections on affirmative appeal; update joint appendix with documents for K. Brittingham. |
| 09/05/2014 | BRIAN BOONE | 0.50 | Analyze Remington's opening brief and accompanying materials. |
| 09/05/2014 | JAMES CASH | 0.70 | Download and circulate Remington's brief and review the same. |
| 09/08/2014 | BRIAN BOONE | 3.20 | Analyze Remington's opening appellate brief and confer with J. Cash re same; analyze applicable firearm statutes and regulations and confer with J. Cash re same; revise letter to court and confer with J. Cash re same. |
| 09/08/2014 | JAMES CASH | 3.50 | Review Remington's appeal brief and trial judge's order; draft section in response brief; speak with B. Boone re response brief; email copy of appeal brief and joint appendix to client. |

June 25, 2015
Client: 062377
Matter: 446861

Page 11 of 19
Invoice #: 10742754

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 09/09/2014 | BRIAN BOONE | 2.50 | Confer with J. Cash re fact research; confer with client re Remington's brief; analyze federal firearm statutes, regulations, and advisory opinions. |
| 09/09/2014 | JAMES CASH | 2.00 | ███████████████████████ speak with B. Boone re response brief; summarize issues to review for response brief for review by M. Mitchelson. |
| 09/10/2014 | BRIAN BOONE | 2.20 | Analyze Remington's opening brief, evidence cited in same; analyze federal firearm statutes, regulations. |
| 09/10/2014 | JAMES CASH | 1.20 | Research for Second Circuit response brief to Remington's appeal. |
| 09/12/2014 | BRIAN BOONE | 2.50 | Analyze evidence cited in Remington's brief; review J. Cash's memorandum discussing evidence cited in Remington's brief. |
| 09/12/2014 | JAMES CASH | 0.40 | Confer with B. Boone re drafting responsibilities for response to Remington's appeal brief. |
| 09/13/2014 | JAMES CASH | 4.50 | Review trial testimony from E. Lessard and Remington's ATF expert; draft summaries of testimony. |
| 09/15/2014 | BRIAN BOONE | 2.40 | Analyze trial record and confer internally re same; analyze Remington's opening brief, cases cited in same. |
| 09/16/2014 | BRIAN BOONE | 1.20 | Analyze trial record; analyze ATF rulings, firearm regulations. |
| 09/16/2014 | JAMES CASH | 1.80 | Review and update chart listing factual discrepancies between Remington's brief and judge's opinion. |
| 09/17/2014 | BRIAN BOONE | 0.90 | Analyze district court's opinion, trial record. |
| 09/18/2014 | BRIAN BOONE | 4.50 | ████████████████████████████ analyze trial record, ATF expert testimony and confer with J. Cash re same; analyze Remington's machine-gun arguments and formulate responses to same. |
| 09/18/2014 | JAMES CASH | 2.10 | ██████████████████████████ discuss case strategy with M. Mitchelson and B. Boone. |
| 09/18/2014 | WILLIAM MITCHELSON | 3.30 | ████████████████████████████ |
| 09/19/2014 | BRIAN BOONE | 1.50 | Analyze trial record, expert testimony and confer with J. Cash re same; analyze Remington's opening brief and formulate responses to arguments; analyze ATF regulations, rulings re purported "transfers" of NFA firearms. |
| 09/22/2014 | BRIAN BOONE | 5.30 | Analyze trial record and confer with J. Cash re same; formulate responses to Remington's arguments and perform spot research for same. |
| 09/23/2014 | BRIAN BOONE | 4.40 | Revise statement of case for opening brief; analyze firearms statutes, regulations and confer with J. Cash re same; ██████████████████████████. |
| 09/23/2014 | JAMES CASH | 2.40 | Review and summarize trial testimony from R. Mustian; ███████████ speak with B. Boone re response brief. |
| 09/24/2014 | JAMES CASH | 1.60 | ████████████████████████ draft memorandum on important trial testimony. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 09/25/2014 | BRIAN BOONE | 1.80 | Analyze trial record, Remington's opening brief; confer with J. Cash re briefing strategy. |
| 09/25/2014 | JAMES CASH | 5.00 | Draft and revise summary of research for response brief; review and summarize trial testimony from R. Mustian; research NY law on materiality and scienter for firearms regulations. |
| 09/26/2014 | BRIAN BOONE | 1.40 | Analyze trial record; confer with J. Cash re facts for statement of case, briefing strategy. |
| 09/26/2014 | JAMES CASH | 2.10 | Research and review attorneys' fees cases cited by Remington in appeals brief; update research chart with legal precedent on attorneys' fees. |
| 09/28/2014 | JAMES CASH | 3.00 | Review trial transcript and update response brief. |
| 09/29/2014 | JAMES CASH | 4.70 | Research and revise response brief for Second Circuit appeal. |
| 09/30/2014 | BRIAN BOONE | 0.80 | Confer with J. Cash re briefing strategy; statement of case; review latest draft of statement of case. |
| 09/30/2014 | JAMES CASH | 1.70 | Review Remington appellate brief; continue drafting response brief for Second Circuit appeal. |
| 10/01/2014 | BRIAN BOONE | 0.70 | ███████████████████ analyze draft statement of the case and make notes re same. |
| 10/01/2014 | JAMES CASH | 2.30 | ███████████████████████ review and revise sections in response brief on appeal. |
| 10/03/2014 | BRIAN BOONE | 2.90 | Revise draft brief and confer with J. Cash re same; ████████ ███████████████████ |
| 10/03/2014 | JAMES CASH | 3.00 | ██████████████████████ review and revise response brief for Second Circuit appeal. |
| 10/07/2014 | JAMES CASH | 1.50 | Research and draft response brief; review joint and special appendix and update citations in brief. |
| 10/10/2014 | BRIAN BOONE | 2.90 | Revise statement of the case and review evidence cited in same; review J. Cash's draft of attorneys' fees section of brief; analyze trial record. |
| 10/11/2014 | BRIAN BOONE | 0.90 | Analyze trial record; revise draft brief. |
| 10/12/2014 | BRIAN BOONE | 1.50 | Revise draft brief; analyze Remington's brief. |
| 10/12/2014 | JAMES CASH | 1.50 | Research and revise response brief for Second Circuit. |
| 10/13/2014 | BRIAN BOONE | 2.70 | Revise draft brief and confer with J. Cash re same; review district court's judgment, trial exhibits. |
| 10/14/2014 | BRIAN BOONE | 3.60 | Revise draft brief and confer with J. Cash re same; analyze attorneys' fees issues and confer with J. Cash re same; analyze cases cited in Remington's brief. |
| 10/14/2014 | JAMES CASH | 0.60 | Speak with client re status of brief; draft and revise response brief in Second Circuit. |
| 10/15/2014 | BRIAN BOONE | 1.50 | Confer with J. Cash re appellate brief, evidentiary issues; review district court's opinion. |
| 10/15/2014 | JAMES CASH | 1.60 | Research and revise response brief for Second Circuit appeal; coordinate with B. Boone re designated research projects. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/16/2014 | BRIAN BOONE | 3.50 | Analyze Nardelli, Schauble evidence; confer with J. Cash re attorneys' fees arguments; revise draft statement of case and review evidence cited in same; review J. Cash's draft attorneys' fees section of brief. |
| 10/16/2014 | JAMES CASH | 4.00 | Research "materiality" and firearms regulations; draft related section of response brief in Second Circuit. |
| 10/16/2014 | WILLIAM MITCHELSON | 3.60 | Review of documents in preparation for meeting with client and co-counsel. |
| 10/17/2014 | BRIAN BOONE | 4.50 | Confer with M. Mitchelson, J. Cash re briefing strategy; prepare for meeting with Thompson's counsel and participate in same; outline responses to Remington's contractual arguments; review contracts. |
| 10/17/2014 | JAMES CASH | 5.00 | Prepare for and attend meeting with co-counsel re appellate brief to Second Circuit; review and revise brief as a result of meeting with co-counsel. |
| 10/17/2014 | WILLIAM MITCHELSON | 4.10 | Preparation for meeting of counsel re appeal; meeting of counsel at Alston & Bird. |
| 10/18/2014 | BRIAN BOONE | 0.70 | Analyze trial record; outline response to machine-gun arguments; revise draft brief and perform spot research for same. |
| 10/20/2014 | BRIAN BOONE | 2.10 | Outline sections of appellate brief; revise attorney's fees section of brief and perform spot research for same; confer with J. Cash re briefing strategy, attorneys' fees issues; analyze email evidence in joint appendix. |
| 10/20/2014 | JAMES CASH | 0.50 | Research firearms laws for response brief for Second Circuit. |
| 10/21/2014 | BRIAN BOONE | 2.20 | Revise sections of draft appellate brief; confer with J. Cash re briefing strategy; analyze email evidence, post-trial briefing. |
| 10/22/2014 | BRIAN BOONE | 2.50 | Confer internally re "material violation" issues, briefing strategy; review Nardelli evidence, other aspects of trial record; revise draft brief. |
| 10/22/2014 | JAMES CASH | 1.20 | Speak with B. Boone re strategy for briefing; review record and insert citations for response brief in Second Circuit. |
| 10/23/2014 | BRIAN BOONE | 2.40 | Confer with J. Cash re briefing strategy; analyze suspension evidence; revise draft brief and perform spot research for same. |
| 10/23/2014 | JAMES CASH | 1.50 | Research New York law affirmative issues on appeal; review record at district court on K. Brittingham's damages; update relevant parts of brief to Second Circuit. |
| 10/26/2014 | JAMES CASH | 2.00 | Draft and revise response brief for Second Circuit Court of Appeals. |
| 10/27/2014 | JAMES CASH | 7.20 | Research and draft principal section of brief to Second Circuit re material violations of firearms laws. |
| 10/28/2014 | BRIAN BOONE | 4.50 | Analyze special appendix; confer with J. Cash re his draft sections for appellate brief; revise appellate brief and confer internally re same. |
| 10/28/2014 | JAMES CASH | 1.20 | Research and draft principal section of brief to Second Circuit re material violations of firearms laws. |

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 14 of 19
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 10/29/2014 | BRIAN BOONE | 5.50 | Review cases cited in Remington's opening brief and confer with J. Cash re same; revise statement of case; revise argument sections of brief and confer with J. Cash re spot research for same; analyze trial record. |
| 10/29/2014 | JAMES CASH | 0.50 | Speak with B. Boone re: research responsibilities; revise principal section in brief re material violations of law. |
| 10/30/2014 | BRIAN BOONE | 4.30 | Analyze ATF rulings, definition of "transfer"; confer with J. Cash re spot research for appellate brief; review appendix materials; revise draft brief. |
| 10/31/2014 | BRIAN BOONE | 2.80 | Revise J. Cash's draft sections of brief and perform spot research re same; analyze firearm statutes, regulations and expert testimony re same; revise draft brief. |
| 11/03/2014 | BRIAN BOONE | 8.20 | Analyze trial record and confer with J. Cash re same; analyze cases cited in Remington's brief and confer internally re same; revise draft appellate brief and direct J. Cash in spot research for same; confer with J. Cash re briefing strategy. |
| 11/03/2014 | JAMES CASH | 5.30 | Review underlying record at trial; research law on affirmative portions of appeal; research standard of review for materiality; draft sections in brief. |
| 11/04/2014 | BRIAN BOONE | 8.00 | Confer with J. Cash re evidence cited in draft appellate brief; analyze trial record; revise draft appellate brief and confer with J. Cash re same; analyze firearm statutes, regulations and district court's discussion of same. |
| 11/05/2014 | BRIAN BOONE | 7.10 | Analyze damages issues and confer internally re same; revise draft appellate brief and confer with J. Cash re same; analyze implied-covenant issues and confer with J. Cash re same. |
| 11/05/2014 | JAMES CASH | 3.00 | Review underlying record at trial; research law on affirmative portions of appeal; review and revise sections in brief. |
| 11/06/2014 | BRIAN BOONE | 8.30 | Revise draft appellate brief and direct J. Cash in research for same; analyze implied-covenant issues and confer with J. Cash re same; analyze Schauble, Cofield emails, other appendix materials; confer with J. Cash re revisions to brief. |
| 11/06/2014 | JAMES CASH | 2.00 | Review underlying record at trial; research law on affirmative portions of appeal; review and revise sections in brief. |
| 11/07/2014 | BRIAN BOONE | 3.20 | Confer with M. Mitchelson, J. Cash re draft brief and revise same; flyspeck draft brief and perform spot research for same; circulate draft brief to Thompson's counsel; confer with J. Cash re outstanding research, administrative tasks for Second Circuit filing. |
| 11/07/2014 | JAMES CASH | 0.70 | Review and revise appeals brief to Second Circuit; research legal precedent from Second Circuit and New York. |
| 11/18/2014 | BRIAN BOONE | 1.60 | Analyze comments on draft brief and confer internally re the same; revise draft brief and confer with J. Cash re the same. |
| 11/18/2014 | JAMES CASH | 2.00 | Review and incorporate comments on response brief. |
| 11/19/2014 | BRIAN BOONE | 2.40 | Revise draft brief and confer with J. Cash re same. |
| 11/19/2014 | JAMES CASH | 1.00 | Review and incorporate changes to response brief. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 11/20/2014 | BRIAN BOONE | 2.20 | Revise draft appellate brief and confer with M. Mitchelson, J. Cash re same. |
| 11/21/2014 | BRIAN BOONE | 2.70 | Analyze latest draft of appellate brief; prepare for call with M. Mitchelson, J. Cash re briefing strategy and participate in same. |
| 11/21/2014 | JAMES CASH | 2.70 | Participate in teleconference with client team; review and incorporate comments from co-counsel re response brief; review record in conjunction with editing response brief. |
| 11/21/2014 | WILLIAM MITCHELSON | 2.40 | Review of brief and revisions to same. |
| 11/24/2014 | BRIAN BOONE | 7.10 | ████████████████████████████ confer with J. Cash re outstanding research items for draft brief; revise draft brief and confer with J. Cash re same; ████████████████ circulate revised draft brief to M. Mitchelson. |
| 11/24/2014 | JAMES CASH | 2.00 | Research for affirmative legal claims in response brief; draft section on Remington's expert testimony; participate in call with client team. |
| 11/25/2014 | BRIAN BOONE | 1.30 | Revise draft Second Circuit brief and confer with J. Cash re same; circulate revised draft of brief to client. |
| 11/26/2014 | BRIAN BOONE | 1.80 | Analyze latest draft of Second Circuit brief; confer with J. Cash re supplemental appendix; analyze materials re Remington's continued use of Old AAC FFLs. |
| 11/26/2014 | JAMES CASH | 2.50 | Review substantive citations to record in response brief to Second Circuit. |
| 11/27/2014 | BRIAN BOONE | 1.10 | Analyze latest draft of Second Circuit brief and review J. Cash's comments on same. |
| 11/27/2014 | JAMES CASH | 1.50 | Review and revise citations to underlying record in Second Circuit responses brief. |
| 11/28/2014 | BRIAN BOONE | 2.20 | Analyze latest draft of Second Circuit brief and revise same. |
| 11/29/2014 | BRIAN BOONE | 4.00 | Analyze cases, evidence cited in draft Second Circuit brief. |
| 11/30/2014 | BRIAN BOONE | 4.50 | Revise draft Second Circuit brief; analyze cases cited in draft brief and confer internally re same. |
| 12/01/2014 | BRIAN BOONE | 5.70 | Revise draft Second Circuit brief and analyze evidence, cases cited in same; confer with J. Cash re briefing strategy. |
| 12/01/2014 | JAMES CASH | 1.60 | Research and revise appeal brief to Second Circuit Court of Appeals. |
| 12/01/2014 | WILLIAM MITCHELSON | 3.70 | Review and revise opposition brief in Second Circuit appeal. |
| 12/02/2014 | BRIAN BOONE | 5.50 | Analyze evidence cited in Second Circuit brief and confer internally re same; revise draft brief and confer with J. Cash, J. Parente re same. |
| 12/02/2014 | JAMES CASH | 0.30 | Research and revise appeal brief to Second Circuit Court of Appeals. |
| 12/02/2014 | WILLIAM MITCHELSON | 2.80 | Review and revise appellate brief. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 12/03/2014 | BRIAN BOONE | 6.80 | Analyze M. Mitchelson's comments on draft brief and implement same; analyze Thompson's draft brief; revise draft Second Circuit brief and confer internally re same. |
| 12/03/2014 | JAMES CASH | 0.80 | Research and revise appeal brief to Second Circuit Court of Appeals. |
| 12/03/2014 | WILLIAM MITCHELSON | 3.10 | Review and revise appellate brief. |
| 12/04/2014 | BRIAN BOONE | 8.50 | Revise draft Second Circuit brief and confer internally re same; confer with M. Mitchelson, J. Cash re briefing strategy; flyspeck draft brief and coordinate internal review of same; analyze proof and confer with J. Cash, E. McGowan re same. |
| 12/04/2014 | JAMES CASH | 4.90 | Research and revise appeal brief to Second Circuit Court of Appeals, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ contact and coordinate with printer and proofer; discuss final responsibilities for brief with M. Mitchelson and B. Boone. |
| 12/04/2014 | EMILY MCGOWAN | 2.70 | Telecon with B. Boone re citechecking Second Circuit brief; Flyspeck Second Circuit brief. |
| 12/04/2014 | WILLIAM MITCHELSON | 7.30 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ revise and review appellate brief. |
| 12/05/2014 | BRIAN BOONE | 5.10 | Flyspeck proofs of Second Circuit brief and confer internally re same; coordinate filing of brief. |
| 12/05/2014 | JAMES CASH | 2.20 | Review and revise response brief to Second Circuit Court of Appeals; coordinate printing and filing response brief in Second Circuit Court of Appeals. |
| 12/12/2014 | WILLIAM MITCHELSON | 0.50 | Review of final brief and attention to filing. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| CHRISTOPHER MARQUARDT | 1.00 | 625.00 | 625.00 |
| WILLIAM MITCHELSON | 94.80 | 880.00 | 83,424.00 |
| BRIAN BOONE | 301.00 | 575.00 | 173,075.00 |
| EMILY MCGOWAN | 2.70 | 400.00 | 1,080.00 |
| JAMES CASH | 234.70 | 435.00 | 102,094.50 |
| CODY GREER | 19.20 | 230.00 | 4,416.00 |
| CHRISTOPHER RYAN | 2.10 | 90.00 | 189.00 |
| MALIK WASHINGTON | 4.80 | 90.00 | 432.00 |
| **660.30** | | | **$365,335.50** |

Subtotal Fees                                                                $365,335.50

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

# ALSTON&BIRD LLP

OTHER CHARGES:

| | | |
|---|---|---:|
| | Document Production Charges | 1,176.12 |
| | Tab and Acco Binder Charges | 168.00 |
| | Document Production - Color Copies | 348.00 |
| 05/30/2014 | UPS Charges - TO:BRIAN BOONE / PAT BL FR:Brian Boone | 3.70 |
| 05/30/2014 | UPS Charges - TO:BRIAN BOONE / PAT BL FR:Brian Boone | 10.39 |
| 05/27/2014 | Georgia Messenger Service JOB# 263 REQ BY-CHARLIE EL TO-U.S.D.C. | 15.59 |
| 07/31/2014 | Georgia Messenger Service JOB# 175 REQ BY-CHARLIE EL TO-ALSTON & BIRD | 15.59 |
| 08/20/2014 | AP - Document Production Charges - - Document Technologies Inc - Inv# 744890 dated 6/30/14; Scanning, copies, binder creation & assembly. Bank ID: 11 Check Number: 269723 | 4,261.77 |
| 06/18/2014 | BRIAN BOONE - Atlanta - June 9 -10, 2014 - 06/08/2014 to 06/10/2014 - Breakfast,Dinner,Lunch,Meals: Other Bank ID: 10 Check Number: 8187141 | 81.56 |
| 11/11/2014 | BRIAN BOONE - Atlanta October 17, 2014 - Brittingham - 10/17/2014 - Taxi Bank ID: 10 Check Number: 8197159 | 35.00 |
| 06/18/2014 | BRIAN BOONE - Atlanta - June 9 -10, 2014 - 06/08/2014 to 06/10/2014 - Mileage : Personal Car,Parking,Room Rate,Room Tax Bank ID: 10 Check Number: 8187141 | 812.80 |
| 10/23/2014 | BRIAN BOONE - Atlanta - October 17, 2014 (Brittingham) - 10/14/2014 to 10/17/2014 - Airfare,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8195945 | 2,217.41 |
| 05/30/2014 | AP - Certificates of Good Standing - - Supreme Court of North Carolina Clerk's Office - Certificate of Good Standing - Brian Boone. Bank ID: 16 Check Number: 62244 | 5.00 |
| 06/11/2014 | MICHAEL MALLOY - Filing Fee - 06/02/2014 - Filing Fee Bank ID: 10 Check Number: 8186603 | 200.00 |
| 06/02/2014 | MICHAEL MALLOY - PHV Fee for Brian Boone - 05/30/2014 - Filing Fee Bank ID: 10 Check Number: 8185685 | 200.00 |
| 12/01/2014 | AP - Search Fees - ALM -Inv# MA00016108 dated 10/31/14; Case ID 5028-Searches. Bank ID: 11 Check Number: 275311 | 14.52 |
| 10/23/2014 | AP - Search Fees - ALM -Inv# MA00015907 dated 8/30/14; Case ID 5028-Search Fees. Bank ID: 11 Check Number: 273084 | 13.26 |
| 10/27/2014 | AP - Search Fees - ALM - Inv# MA00015702 dated 06/30/14; case searches. Case ID# 5028. Bank ID: 11 Check Number: 273276 | 12.63 |
| 10/03/2014 | AP - Search Fees - ALM - Inv# MA00015806 dated 07/31/14; Fee for case search; Case ID# 5028. Bank ID: 11 Check Number: 272061 | 13.90 |
| 10/24/2014 | AP - Search Fees - ALM -Inv# MA00016005 dated 9/30/14; Case ID 5028-Search Fees. Bank ID: 11 Check Number: 273228 | 13.26 |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 18 of 19
Invoice #: 10742754

| | | |
|---|---|---|
| 07/30/2014 | Lexis Research - Lexis MITCH MITCHELSON, WILL | 5.70 |
| 07/24/2014 | Lexis Research - Lexis MITCH MITCHELSON, WILL | 5.70 |
| 12/04/2014 / | Lexis Research - Lexis MCGOE MCGOWAN, EMILY | 142.50 |
| 07/30/2014 | Lexis Research - Lexis MITCH MITCHELSON, WILL | 16.50 |
| 06/26/2014 | Westlaw Research - WestLaw GRECO GREER CODY | 49.50 |
| 06/17/2014 | Westlaw Research - WestLaw CASHJ CASH JAMES | 99.72 |
| 06/11/2014 | Westlaw Research - WestLaw CASHJ CASH JAMES | 10.52 |
| 06/07/2014 | Westlaw Research - WestLaw CASHJ CASH JAMES | 3.01 |
| 07/30/2014 | Conference Calling Services - SoundPath; 6/30/2014; William Mitchelson | 5.45 |
| 08/31/2014 | Conference Calling Services - SoundPath; 8/4/2014; William Mitchelson | 3.31 |
| 07/30/2014 | Conference Calling Services - SoundPath; 7/1/2014; William Mitchelson | 6.06 |
| 07/30/2014 | Conference Calling Services - SoundPath; 6/30/2014; William Mitchelson | 3.68 |
| 07/30/2014 | Conference Calling Services - SoundPath; 7/10/2014; William Mitchelson | 2.87 |
| 08/01/2014 | Document Binding Materials 6 Line Size 658 Redacting Tape REQ BY: RYAN CHRISTOPHER | 41.61 |
| 08/01/2014 | Document Binding Materials 6 Line Size 658 Redacting Tape REQ BY: RYAN CHRISTOPHER | 208.05 |
| 08/01/2014 | Document Binding Materials 6 Line Size 658 Redacting Tape REQ BY: RYAN CHRISTOPHER | (41.61) |
| 10/27/2014 | Parking Validation - 9/18/2014;Kevin Brittingham;Mitch Mitchelson | 12.50 |
| 11/19/2014 | Pacer Service Center - October 2014 Billing Period | 15.70 |
| 07/08/2014 | Pacer Service Center - 4/1/14 - 6/30/14 Billing Period | 10.10 |

Subtotal Other Charges                                                                                   $10,219.37

**Total This Invoice**                                                                                   **$375,554.87**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA  30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

## STATEMENT OF ACCOUNT

Re:     Federal Appeal

| | |
|---|---|
| Services Billed | $365,335.50 |
| Other Charges | $10,219.37 |
| **Invoice Total** | **$375,554.87** |

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA 30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

## INVOICE SUMMARY

Re:     Federal Appeal

| | |
|---|---|
| Services Billed | $164,969.00 |
| Other Charges | $8,595.39 |
| **Invoice Total** | **$173,564.39** |

TERMS: DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
<u>Wells Fargo Bank N.A.</u>, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
ACH ROUTING#: 061000227     **WIRE ROUTING#:121000248**
Account #: 2000016952111     **Swift Code: WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA 31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA 30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

Re:     Federal Appeal

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 01/29/2015 | BRIAN BOONE | 1.50 | Analyze standard-of-review cases cited in parties' briefing and make notes re same. |
| 02/03/2015 | BRIAN BOONE | 2.70 | Analyze Remington's response brief and confer with J. Cash re same; confer with Remington's counsel re extension for reply; revise J. Cash's draft motion for extension and confer internally re same. |
| 02/04/2015 | JAMES CASH | 4.00 | Review and summarize cases cited in Remington's opposition brief; speak with clerk of court for Second Circuit Court of Appeals; research and draft extension of deadlines. |
| 02/05/2015 | BRIAN BOONE | 3.30 | Analyze Remington's response brief and confer with J. Cash re same; analyze cases cited in Remington's response brief. |
| 02/06/2015 | BRIAN BOONE | 2.90 | Analyze Remington's response brief, cases cited in same; confer with J. Cash re outline for reply; analyze damages evidence. |
| 02/07/2015 | BRIAN BOONE | 2.80 | Analyze damages arguments in Remington's brief, cases cited in same; draft sections of reply and review opening brief. |
| 02/09/2015 | BRIAN BOONE | 4.80 | Analyze Remington's response brief and revamp outline of reply; draft reply and direct J. Cash in research for same. |
| 02/10/2015 | BRIAN BOONE | 1.80 | Analyze Remington's response brief, cases cited in same; confer with J. Cash re reply strategy; revise draft reply. |
| 02/10/2015 | JAMES CASH | 2.50 | Review and summarize cases cited in Remington opposition brief. |
| 02/11/2015 | BRIAN BOONE | 6.30 | Revise draft reply and analyze cases cited in same; confer with J. Cash re research issues and direct him in same; analyze trial record. |
| 02/11/2015 | JAMES CASH | 3.50 | Research and summarize legal precedent for reply brief in Second Circuit Court of Appeals; draft and revise section of reply brief. |
| 02/12/2015 | BRIAN BOONE | 3.20 | Confer with J. Cash re reply; review J. Cash's suggested revisions to reply and confer internally re same; analyze Remington's damages arguments and work up responses to same. |
| 02/13/2015 | BRIAN BOONE | 1.80 | Analyze Remington's response brief, notes from same; confer with J. Cash re draft reply. |

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 3 of 8
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 02/16/2015 | BRIAN BOONE | 3.40 | ██████████████████████████████ analyze draft reply, cases cited in same. |
| 02/16/2015 | JAMES CASH | 2.00 | ███████████████████ review new filing and research cases for reply brief. |
| 02/17/2015 | BRIAN BOONE | 2.40 | Analyze Remington's response brief, materials cited in same; revise draft reply and confer internally re standard of review. |
| 02/17/2015 | JAMES CASH | 1.50 | Review and revise reply brief for Second Circuit appeal; contact and coordinate with printer re reply brief. |
| 02/18/2015 | BRIAN BOONE | 2.40 | Analyze proofs of Second Circuit reply and revise same; confer with J. Cash re changes to draft reply; coordinate filing with printer and review final proofs. |
| 02/18/2015 | JAMES CASH | 1.00 | Review and coordinate filing of appeals brief with Second Circuit Court of Appeals. |
| 02/20/2015 | BRIAN BOONE | 0.30 | Attend to Second Circuit issues. |
| 02/26/2015 | BRIAN BOONE | 0.60 | Collect, synthesize record materials for oral argument preparations. |
| 02/27/2015 | BRIAN BOONE | 0.50 | Collect, synthesize record materials for oral argument preparations. |
| 03/02/2015 | BRIAN BOONE | 0.90 | Prepare outline for oral argument. |
| 03/06/2015 | BRIAN BOONE | 0.20 | Confer internally re FFL records. |
| 03/17/2015 | BRIAN BOONE | 0.60 | Confer with Second Circuit clerk re oral argument scheduling; collect materials for oral argument preparations. |
| 03/18/2015 | BRIAN BOONE | 1.00 | Synthesize evidence, exhibits to prepare for oral argument. |
| 03/20/2015 | BRIAN BOONE | 1.50 | Analyze record materials, appellate briefing to develop outline for oral argument. |
| 03/23/2015 | BRIAN BOONE | 0.80 | Analyze appellate briefing, trial record to prepare for oral argument. |
| 03/24/2015 | BRIAN BOONE | 0.80 | Confer internally re oral argument strategy, moot schedule; collect materials for oral argument. |
| 04/06/2015 | BRIAN BOONE | 1.00 | Collect materials for oral argument preparations; analyze appellate briefs. |
| 04/06/2015 | WILLIAM MITCHELSON | 0.50 | Emails with B. Boone re organizing moot court preparation for Second Circuit argument. |
| 04/08/2015 | BRIAN BOONE | 0.80 | Analyze appellate briefing. |
| 04/14/2015 | WILLIAM MITCHELSON | 0.30 | Review of scheduling order re oral argument; conference with B. Boone re same. |
| 04/15/2015 | BRIAN BOONE | 2.20 | Synthesize record materials for oral argument outline. |
| 04/16/2015 | BRIAN BOONE | 2.00 | Analyze joint appendix, trial record to prepare for oral argument. |
| 04/17/2015 | BRIAN BOONE | 2.50 | Analyze record to prepare for oral argument. |
| 04/22/2015 | BRIAN BOONE | 0.90 | Analyze trial record, appellate briefs to prepare for oral argument. |
| 04/27/2015 | BRIAN BOONE | 0.80 | Outline oral argument and review materials for same. |

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 4 of 8
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/01/2015 | BRIAN BOONE | 3.80 | Analyze record, appellate briefing to prepare for oral argument; analyze district court's opinion. |
| 05/03/2015 | BRIAN BOONE | 4.70 | Analyze district court's opinion; analyze appellate briefing, cases cited in the same; revise oral argument outline. |
| 05/04/2015 | BRIAN BOONE | 7.50 | Analyze cases cited in appellate briefing; revise oral argument outline and perform spot research for the same. |
| 05/05/2015 | BRIAN BOONE | 6.50 | Analyze trial record to prepare for oral argument; analyze ATF statutes, regulations. |
| 05/06/2015 | BRIAN BOONE | 6.30 | Revise oral argument outline and analyze record materials for the same. |
| 05/07/2015 | BRIAN BOONE | 6.30 | Analyze joint appendix materials, cases cited in appellate briefs; confer with E. McGowan re research questions for oral argument prep. |
| 05/07/2015 | EMILY MCGOWAN | 1.70 | Confer with B. Boone re statutory research; conduct statutory research. |
| 05/07/2015 | NICOLAS STEENLAND | 2.60 | Review lower court pleadings and research ATF rulings. |
| 05/08/2015 | BRIAN BOONE | 4.10 | Analyze trial record, joint appendix to prepare for oral argument. |
| 05/08/2015 | EMILY MCGOWAN | 2.10 | Conduct statutory research and circulate memo to B. Boone. |
| 05/08/2015 | NICOLAS STEENLAND | 0.50 | Draft email of research re: ATF rulings to B. Boone. |
| 05/09/2015 | BRIAN BOONE | 3.70 | Analyze trial record to prepare for oral argument; revise argument outline. |
| 05/10/2015 | BRIAN BOONE | 3.30 | Revise oral argument outline; analyze trial record, district court's opinion. |
| 05/10/2015 | EMILY MCGOWAN | 1.60 | Research statutes and send memo to B. Boone. |
| 05/11/2015 | NOWELL BERRETH | 1.20 | Review of briefs in preparation for moot court. |
| 05/11/2015 | BRIAN BOONE | 5.80 | Analyze trial record, joint appendix materials; analyze contracts; revise argument outline. |
| 05/11/2015 | WILLIAM MITCHELSON | 3.60 | Preparation for Second Circuit oral argument. |
| 05/12/2015 | BRIAN BOONE | 7.00 | Revise argument outline; analyze trial record; analyze cases cited in appellate briefing; analyze ATF Ruling 2010-1. |
| 05/12/2015 | WILLIAM MITCHELSON | 3.60 | Preparation for oral argument and moot courts. |
| 05/13/2015 | NOWELL BERRETH | 2.50 | Preparation for and participation in moot court argument. |
| 05/13/2015 | BRIAN BOONE | 5.90 | Prepare for moot and participate in the same. |
| 05/13/2015 | MICHAEL HOERNLEIN | 2.50 | Review appellate briefs; prepare for moot. |
| 05/13/2015 | WILLIAM MITCHELSON | 6.40 | Preparation for and participation in moot court. |
| 05/14/2015 | BRIAN BOONE | 5.60 | Revise argument outline and confer internally re the same; confer with M. Mitchelson re appellate strategy; analyze trial record; analyze notes from first moot. |
| 05/14/2015 | MICHAEL HOERNLEIN | 0.80 | Review appellate briefs; prepare for moot. |
| 05/14/2015 | EMILY MCGOWAN | 1.00 | Review Brittingham briefs for moot. |

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRD LLP

Page 5 of 8
Invoice #: 10742754

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/15/2015 | NOWELL BERRETH | 0.40 | Participation in moot court. |
| 05/15/2015 | BRIAN BOONE | 6.30 | Prepare for moot and participate in the same; revise argument outline and confer internally re the same. |
| 05/15/2015 | MARK CALLOWAY | 1.20 | Moot court for B. Boone in preparation for appellate argument. |
| 05/15/2015 | MICHAEL HOERNLEIN | 2.20 | Prepare for moot; confer with B. Boone to prepare for moot; attend moot court session with B. Boone, M. Mitchelson, M. Calloway, and E. McGowan. |
| 05/15/2015 | EMILY MCGOWAN | 1.50 | Review Brittingham briefs and attend moot for B. Boone. |
| 05/15/2015 | WILLIAM MITCHELSON | 10.40 | Travel to Charlotte for oral argument moot court preparation and review of brief and argument in trial court in preparation for oral argument; moot court argument; return travel. |
| 05/16/2015 | BRIAN BOONE | 1.80 | Revise argument outline; analyze appellate briefs and make notes re the same; analyze Nardelli evidence and make notes re the same. |
| 05/17/2015 | BRIAN BOONE | 1.80 | Analyze joint appendix to prepare for oral argument. |
| 05/18/2015 | BRIAN BOONE | 5.60 | Analyze trial record, firearms statutes to prepare for oral argument; revise argument outline. |
| 05/18/2015 | WILLIAM MITCHELSON | 4.10 | Preparation for Second Circuit argument and moot courts. |
| 05/19/2015 | BRIAN BOONE | 10.20 | Prepare for oral argument; analyze joint appendix, firearms statutes; confer with Thompson's counsel re argument strategy; revise argument outline. |
| 05/19/2015 | WILLIAM MITCHELSON | 9.20 | Preparation for oral argument; travel to NY for argument; telephone conference with B. Boone re same; review of joint appendix including District Court Judgment and briefs of Remington. |
| 05/20/2015 | BRIAN BOONE | 8.00 | Prepare for oral argument and revise argument outline; analyze appellate briefing; confer with M. Mitchelson re argument strategy; argue appeal and debrief with M. Mitchelson re the same. |
| 05/20/2015 | WILLIAM MITCHELSON | 9.80 | Preparation for argument before United States Court of Appeals for the Second Circuit; Oral Argument; return travel to Atlanta. |
| 06/11/2015 | BRIAN BOONE | 2.80 | Analyze Second Circuit decision and confer internally re the same; review Second Circuit rules re rehearing petitions, entry of the mandate; confer with client re Second Circuit decision; confer with E. McGowan re motion for appellate attorneys' fees and provide direction re the same. |
| 06/11/2015 | EMILY MCGOWAN | 3.80 | Research appellate attorneys' fees issues and confer with B. Boone re same. |
| 06/11/2015 | WILLIAM MITCHELSON | 0.70 | Read and analyze summary order and conference call with B. Boone re same. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| MARK CALLOWAY | 1.20 | 920.00 | 1,104.00 |

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

June 25, 2015
Client: 062377
Matter: 446861

# ALSTON&BIRDLLP

Page 6 of 8
Invoice #: 10742754

---

| | | | |
|---|---|---|---|
| NOWELL BERRETH | 4.10 | 650.00 | 2,665.00 |
| WILLIAM MITCHELSON | 48.60 | 925.00 | 44,955.00 |
| BRIAN BOONE | 163.70 | 605.00 | 99,038.50 |
| EMILY MCGOWAN | 11.70 | 460.00 | 5,382.00 |
| JAMES CASH | 14.50 | 500.00 | 7,250.00 |
| MICHAEL HOERNLEIN | 5.50 | 595.00 | 3,272.50 |
| NICOLAS STEENLAND | 3.10 | 420.00 | 1,302.00 |
| | **252.40** | | **$164,969.00** |

Subtotal Fees                                                                 $164,969.00

OTHER CHARGES:

| | | |
|---|---|---|
| | Document Production Charges | 8.69 |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 0.56 |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 37.88 |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 2.12 |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 12.93 |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 50.01 |
| 05/19/2015 | UPS Charges - TO: FR:John Purnell | 0.24 |
| 05/19/2015 | UPS Charges - TO: FR:John Purnell | 5.65 |
| 05/19/2015 | UPS Charges - TO:BRIAN BOONE FR:Brian Boone | 0.24 |
| 05/20/2015 | UPS Charges - TO:BRIAN BOONE FR:John Purnell | (0.90) |
| 05/18/2015 | UPS Charges - TO:BRIAN BOONE - HOTEL FR:Patricia Black | 1.61 |
| 05/20/2015 | UPS Charges - TO:BRIAN BOONE FR:John Purnell | (21.05) |
| 05/20/2015 | UPS Charges - TO: FR:John Purnell | 5.21 |
| 05/20/2015 | UPS Charges - TO: FR:John Purnell | 122.50 |
| 05/19/2015 | UPS Charges - TO:BRIAN BOONE FR:Brian Boone | 5.65 |
| 06/09/2015 | WILLIAM MITCHELSON - May 19-20, 2015 Travel to New York to Appear before the Second Circuit Court of Appeals - 05/19/2015 - Dinner,Lunch Bank ID: 10 Check Number: 8212075 | 61.51 |
| 05/27/2015 | BRIAN BOONE - New York - Brittingham #2 - 05/19/2015 to 05/21/2015 - Breakfast,Dinner,Lunch Bank ID: 10 Check Number: 8210738 | 197.14 |
| 05/27/2015 | BRIAN BOONE - New York - Brittingham #2 - 05/13/2015 to 05/20/2015 - Airfare,Internet Access Fee,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8210738 | 1,429.33 |

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

# ALSTON&BIRD LLP

| | | |
|---|---|---|
| 05/29/2015 | WILLIAM MITCHELSON - May 15 Travel To Charlotte for Moot Court in Brittingham 05/15/2015 - Airfare,Car Rental,Travel Agency Fee  Bank ID: 10 Check Number: 8211135 | 1,248.24 |
| 05/22/2015 | BRIAN BOONE - Atlanta May 13, 2015 - Brittingham - 05/08/2015 to 05/13/2015 - Airfare,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8210469 | 1,077.95 |
| 06/09/2015 | WILLIAM MITCHELSON - May 19-20, 2015 Travel to New York to Appear before the Second Circuit Court of Appeals - 05/18/2015 to 05/19/2015 - Airfare,Room Rate,Room Tax,Taxi,Travel Agency Fee Bank ID: 10 Check Number: 8212075 | 2,180.94 |
| 05/22/2015 | BRIAN BOONE - New York May 18, 2015 - Brittingham - 05/07/2015 to 05/19/2015 - Airfare,Travel Agency Fee Bank ID: 10 Check Number: 8210469 | 1,063.70 |
| 05/11/2015 | AP - Professional Services - - Cockle Printing Company - Inv# 40332 dated 12/04/14; Brief for Appellees - Proofreading. Bank ID: 11 Check Number: 284254 | 310.00 |
| 02/02/2015 | AP - Search Fees - ALM -Inv# MA00016315 dated 12/31/14; Case ID 5028. Bank ID: 11 Check Number: 278483 | 13.26 |
| 01/21/2015 | AP - Search Fees - ALM -Inv# MA00016212 dated 11/30/14; Case ID 5028-Fees for cases searched. Bank ID: 11 Check Number: 277919 | 11.37 |
| 05/13/2015 | AP - Search Fees - Michael J Malloy - ALM Inv# MA00016411 dated 01/31/15 - Case Search.  Case ID# 5028. Bank ID: 10 Check Number: 8209862 | 12.63 |
| 05/14/2015 | AP - Search Fees - ALM - Inv# MA00016510 dated 02/28/15; Case search.  Case ID# 5028. Bank ID: 11 Check Number: 284535 | 12.00 |
| 05/14/2015 | AP - Search Fees - ALM - Inv# MA00016602 dated 03/31/15; Case search.  Case ID# 5028. Bank ID: 11 Check Number: 284535 | 13.89 |
| 05/14/2015 | AP - Search Fees - ALM - Inv# MA00016693 dated 04/30/15; Case search.  Case ID# 5028. Bank ID: 11 Check Number: 284535 | 13.89 |
| 05/18/2015 | Practice Support - Image Printing Practice Support Printing REQ BY: MITCHELSON MITCH | 12.00 |
| 05/08/2015 | Lexis Research - Lexis MCGOE MCGOWAN, EMILY | 7.60 |
| 05/08/2015 | Lexis Research - Lexis MCGOE MCGOWAN, EMILY | 19.80 |
| 05/10/2015 | Lexis Research - Lexis MCGOE MCGOWAN, EMILY | 30.40 |
| 05/08/2015 | Westlaw Research - WestLaw MCGOE MCGOWAN EMILY | 227.40 |
| 05/07/2015 | Westlaw Research - WestLaw MCGOE MCGOWAN EMILY | 98.60 |
| 06/11/2015 / | Westlaw Research - WestLaw MCGOE MCGOWAN EMILY | 293.00 |
| 05/10/2015 | Westlaw Research - WestLaw MCGOE MCGOWAN EMILY | 29.40 |

Subtotal Other Charges                                                                                        $8,595.39

**Total This Invoice**                                                                                    **$173,564.39**

ATLANTA
CHARLOTTE
DALLAS
LOS ANGELES
NEW YORK
RESEARCH TRIANGLE
SILICON VALLEY
WASHINGTON
BRUSSELS

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

Brittingham, Kevin
2168 Town Manor Court
Dracula, GA  30019

June 25, 2015
Client: 062377
Matter: 446861
Invoice #: 10742754
WILLIAM
MITCHELSON

## STATEMENT OF ACCOUNT

Re:     Federal Appeal

Services Billed                         $164,969.00

Other Charges                          $8,595.39

**Invoice Total**                       **$173,564.39**

TERMS:  DUE UPON RECEIPT

ELECTRONIC FUNDS TRANSFER INFORMATION
**Wells Fargo Bank N.A.**, 171 17th Street, 7th Floor, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
ACH ROUTING#:  061000227     **WIRE ROUTING#:121000248**
Account #:  2000016952111     **Swift Code:  WFBIUS6S**
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

Subject to Federal Rule of Evidence 408
Inadmissible Settlement Communication

tzg

**Fitzg**

| | Ship Via | F.O.B. | Terms |
|---|---|---|---|

| | | | |
|---|---|---|---|

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Required | Shipped | B.O. | | | | |

275.00

```
***************************
*   RECEIPT              *
*   NOT VALID FOR TRAVEL *
***************************
MARTA
Airport
TVM20709
Fri 17 Oct 14 08:15AM



Breeze Card #:
     **** **** **** 6818
Credit Card #:
     **** **** **** 1001
Auth #:            591316
Ref #:     429008472034
Transaction #:0001149835
```



| | operating | | applicable | | | |
|---|---|---|---|---|---|---|
| T......ary | Agency | | OYYFQC | | | |
| Traveler | | | | | | |
| | | | | | | |
| | | | | | | |
| | From/To | Flight/Vendor | | | | Status |
| 1 | | DL 944 | 07:00 AM/08:20 | Economy | | Confirmed |
| 1 | | US 2088 | 03:30 PM/04:48 PM | Economy | | Confirmed |

**Travel**

```
*****     TICKET     480.60 DELTA TICKET
*****
*****
*****
*****
-------------------------------------------------
*****
*****
*****
*****
*****
---------------------------------------------
****************************************************
IMPORTANT
RECEIPT
PLEASE
24
TH
AND
****************************************************
```

**AIR - Friday, October 17 2014**

**Delta Air Lines Flight DL944 Economy Class**

| Depart: | Charlotte Douglas Intl |
|---|---|
| Arrive: | |
| | 08:20 AM Friday, October 17 2014 |
| Duration: | |
| Status: | |
| Equipment: | |
| Seat: | |

## AIR - Friday, October 17 2014

**US Airways Flight US2088 Economy Class**

I
:
I
:
I

## Remarks

THAN
OUR
FOR
PLEASE
EMERGENCY
PLEASE
A
THROUGH
YOUR
****************************************
FARE
THIS
AND
FEE

| Total | $ |
|---|---|

Transacti
T
Tic
Am
F

Th
US

Tra
**Ticket**
Ticket
Amo
Fo

This                                    :
Delta

T
Se
Servic
Service
Form

Tra
S
Servi
S
Form



operating                    applicable

| T      ary    Agency |          |                     |                   |            |           |
|----------------------|----------|---------------------|-------------------|------------|-----------|
| Traveler             |          |                     |                   |            |           |
| BOONE/BRIAN          |          |                     |                   |            |           |
| Referenc             |          |                     |                   |            |           |

| Date       | From/To | Flight/Vendor       | Depart/Arrive       | Class/Type | Status    |
|------------|---------|---------------------|---------------------|------------|-----------|
| 10/1       | CLT-ATL | US                  | PM/07:10 PM         | Economy    | Confirmed |
| 10/16/2014 | ATL     | Four Seasons Atlanta | 10/16-1             |            | Confirmed |
| 10/17/2014 | ATL-CLT | US 2088             | 03:30 PM/04:48 PM   | Economy    | Confirmed |

**Trave**

```
-------------------------------------------------
*****
*****
*****
*****
*****
-------------------------------------------------
***********************************************
```
IMPORTANT
RECEIPT
PLEASE
24 HOURS. CORRECTIONS AND CHANGES OUTSIDE OF
THIS WINDOW MAY RESULT IN ADDITIONAL CHARGES
AND
```
***********************************************
```

| A      ursday, |   |
|----------------|---|
| US Airways  Flight US2041  Economy Class |   |

Depart:

A

Atlanta, Georgia,
Thursday,

| Duration:   | 1 hour(s) a                    |   |
|-------------|--------------------------------|---|
| Status:     | Confirmed                      |   |
| Equipment:  | Airbus Industrie A320          |   |
| Seat:       | 06C Confirmed                  |   |
| FF Number:  | US40076609524 - BOONE/BRIAN    |   |
|             | additio                        | airli |
|             | http://www.usairways.com/      |   |

**HOTEL** rsday, October

Four Seasons

Ad

Tel:
Fax:                    (    )
Ch
Sta     :
Co
Nu
Num
N
Rate
Gu
Descriptio
Re      :

**AIR** ay, Octobe

US Airways Flig    US2088 Economy

De

A      :

                              Friday

l
l
l
l

**Remarks**

THANK
OUR
FOR
PLEASE
EMERGENCY
PLEASE
A
THROUGH
YOUR
************************************
FARE
THIS
AN
FEE

**Invoice / Ticket Receipt**

operating                    pplicable

| Travel  mary | Agency | | LBWRNT | | |
|--------------|--------|---|--------|---|---|
| **Traveler** | | | | | |
| BOONE/BRIAN | | | | | |
| l | | | | | |
| | | | | | |
| **Date** | **From/To** | **Flight/Vendor** | **Depart/Arrive** | | |
| 05/1 | TL | US | | | Confirmed |
| 05/13/2015 | | | 07:59 PM/09:15 PM | Economy | Confirmed |

**Travel Consultant Remarks**

```
***** TOTAL TICKET COST 976.20
*****
*****
*****
*****
--------------------------------------------------
**************************************************
IMPORTANT -
RECEIPT
PLEASE
24
THIS
AND
**************************************************
```

| **AIR      nesday, May      15** | | |
|----------------------------------|---|---|
| **US Airways  Flight US469  Economy Class** | | |
| Depart: | Charlotte Douglas I | |
| | | |
| Arrive: | | |
| | | |
| | 09:09 AM Wednesday, May | |
| Duration: | 19 minute(s) Non-stop | |
| Status: | | |
| Equipme | | |
| Seat: | | |
| FF Number: | US40076609524 - BOONE/BRIAN | |
| | For additional information | ick |
| | http://www.usairways.com/ | |

## AIR  Wednesday, May 3

**US Airways  Flight** omy

Depa

Arrive:

ay, May

D
Status:
Eq
Seat:
FF

i        i        ,

http:     .  irways

## Remarks

THAN
OUR
FOR
PLEASE
EM
PLEASE
A
THROUGH
YOUR
****************************************
FARE
THIS
AND

## Invo          Receipt

T    I

T
**Ticket**
Ticket
Amou
Fo

Th
US
US                                                    :

**Transaction**
**Servi**
Se
Servi
Form
Serv        Description

Tbl:0
   BYRAN
Chelsie

```
                                  3.00
                                  5.50
                                  0.75
                         -----
          SubTotal               9.25
          State Tax              0.74
          Co. Fee                0.10
                         ---------
            Total               10.09

   AMEX ****2009               10.09
                         ---------
```

Questions / Comment
re waiting to hear fr
   Email us at:
DNCATLFeedback@dncinc

Subtotal:

Signature

Charlotte
Cab #1188
704-444-4444
Charlotte, NC
05/13/15 06:48

TRIP ID:
STRT TIME:
06:30
END TIME: 06:48
DIST: 9.20

xxxx2009
MID445100036992
AUTH548329

&lt;r_ojmecm2ihbluksciimyfqmzq.rYUZ.VAu2Po28SQfpcP3F.7ecbe24978afc45058c1e87fba33fa



**From:**
**Sent:**
**To:**
**Subject:**



FARE BREAKDOWN

Base Fare

Distance

**Subtotal**

**From:**
**Sent:**
**To:**
**Subject:**



Charlotte

**Subtotal**



| | DESCRIPTION | | | | | BALANCE |
|---|---|---|---|---|---|---|
| | ROOM | | | | | 99.00 |
| | TA | | | | | $23.92 |
| | OCC | | | | | $23.92 |
| | SETT | | | | | $346. |
| | B | | | | | $0.00 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR   CASH REFUND.

PAYM   DUE UPON RECEIPT

operating                    pp

| Travel | mary | Agency Reco | | SSKWWR | |
|---|---|---|---|---|---|
| T | | | | | |
| BOONE/BRIAN | | | | | |
| Refe | | | | | |
| | | | | | |
| Date | | Flight/Vendor | Depa | | lass/Type |
| 05/1 | | | | | |
| 05/1 | | | | | |
| 05/20/201 | | | | | Economy |

| Travel | Itant Remarks |
|---|---|
| ----------------------------------------------------- | |
| ***** | |
| ***** | |
| ***** | |
| ***** | |
| ***** | |
| ----------------------------------------------------- | |
| ************************************************* | |
| IMPORTANT - | |
| RECEIPT | |
| PLEASE | |
| 24 | |
| THIS | |
| AND | |
| ************************************************* | |

| AIR | nday, May | 5 |
|---|---|---|
| US  rways  Flight | Economy | |

## HOTEL  Monday, May

Hilton
Ad

Tel:
Fax:              (212)
Ch               :
Status:
Co
N           :   1
N                |
N
Rate       :
G
Addition
Descripti
Rema

## AIR - Wednesday, May 20 2015

US Airways  Flight        Economy
Depa

Arrive:

                    Wednesday, May      5
Du
Status:
Equ
Seat:
FF

              http              ys
Re      :

## Remarks

THANK
OUR
FOR
PLEASE
EMERGENCY
PLEASE
A
THROUGH
YOUR
**********************************
FARE
THIS
AND

**Invoice / Ticket Receipt**





U·S AIRWAYS

y





US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281

Employee Signature

DOB: 06/09/2014
06/09/2014
3/30018

Sale Num: 1248269

Grande Stuffer-Sm
Minute Maid Juice

X_____

097-317

RECEIPT

LAZ
PARKING

SOUTHLAND PRINTING - SHREVEPORT, LA.   831813

6

Arrival     :
Departure :
Room No.  :

*Signature*: _____

$5.00

$23.45

$2

7
$41.84

$4





DELTA

EARN
30,000
BONUS
MILES.

SKYMILES

THE GOLD
DELTA SKYMILES'
CREDIT CARD
FROM AMERICAN
EXPRESS.

Terms and restrictions apply

LEARN MORE

operating                    pplicable

| T        mary        Agency        Locator: SSKWWR |
|---|

| Traveler |
| BOONE/BRIAN |
| Refe |

| Date | From/To | Flight/Vendor | | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|---|
| 05/1 | | | | | | |
| 05/1 | | | | | | |
| 05/20/2015 | | | | | Economy | |

## Tra        Remarks

```
----------------------------------------------------
*****
*****
*****
*****
*****
*****
----------------------------------------------------
****************************************************
IMPORTANT
RECEIPT
PLEASE
24
THIS
AND
****************************************************
```

## AIR - Tuesday, May 19 2015

### US Airways  Flight US2062  Economy Class

| Depa  : |
|---|
| Arrive: |
| Tuesday, May |
| Duration: |
| Status: |
| Eq |
| Seat: |
| F |

http        irways.c

**HOTEL - Tuesday, May 19 2015**

Hilton GI New York Tribeca

**Ad**

**Tel:**
**Fax:** (212)

**Ch**
**Status:**
**Confirmation:**
**N**
**N**
**N** :
**Rate**
**Gua** :
**Addition**
**Desc ption:**

**Remarks:**

**AIR Wednesday, May** [redacted]

US Airways Flight US890 Economy Class

**Depart:**

**Arrive:**

Wednesday, May

**Du**
**Statu**
**Equ**
**Seat:**
**FF**

**http://www. irways**

**Re :**

**Remarks**

THANK
OUR
FOR
PLEAS
EMERGENCY
PLEASE
A
THROUGH
YOUR
****************************************
FARE
THIS
AND

**Invoice / Ticket Receipt**
Total Invoiced Amount: $1,242.70 USD

Transaction Date: May 12, 2015
**Ticket Information**

:

operating                          applicable

## Travel Summary      Agency Record Locator: SSKWWR

| Traveler | | | | | | |
|----------|---|---|---|---|---|---|
| BOONE/BRIAN | | | | | | |
| Re | | | | | | |

| Date | From/To | Flight/Vendor | | Depart/A | Class/Type | Status |
|------|---------|---------------|---|----------|------------|--------|
| 05/1 | CLT-LGA | | | 08:20 PM/10:08 PM | | Confirmed |
| 05/1 | LGA | | | 05/18-05/20 | | Confirmed |
| 05/20/2015 | LGA-CLT | | | 07:00 PM/09:05 PM | Economy | Confirmed |

## Travel Consultant Remarks

```
---------------------------------------------------
*****
*****
*****
*****
*****
---------------------------------------------------
**********************************************
IMPORTANT
RECEIPT
PLEASE
24
THIS
AND
**********************************************
```

| Al       nday, May | |
|---|---|
| US Airways  Flight US1954 Economy Class | |
| Depart: | |
| Arrive: | |
| | 10:08 PM Monday, May 18 |
| Duration: | minute(s) Non-stop |
| Status: | |
| Equipme | |
| Seat: | |
| FF | US40076609524 - BOONE/BRIAN |
| additional information | link below. |
| http://www.usaiways.com/ | |
| Remarks: | CONFIRMED IN AN AISLE SEAT |

**HOTEL - Monday, May 18 2015**

:

Re            TO AVOID     TY

**AIR - Wednesday, May 20 2015**

Re           BEEN

**Remarks**

THANK
OUR
FOR
PLEASE
EMERGENCY
PLEASE
A
THROUGH
YOUR
*************************************

FARE
THIS
AND

**Invoice / Ticket Receipt**



US AIRWAYS

Co

LIMOS.COM
$10 off + Earn Miles
BOOK NOW!

anges equipment, caus
unable to provide your
if the change occurred
Reservations Cen

miss a connection or
ats, we'll provide you
hoice Seat prior to ch
-428-4322 to request

u must check in at least 30/45
ur departure airport). You mus
US Airways may reassign you
least 60 min

're traveling internat
the gate at least 30
or US Airways may

US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281









9A
MANHATTAN
25A
278
78
New York
Map data ©2015 Google

MANHATTAN
East River
25A
78
New York
Google
278
Map data ©2015 Google

EPORT SUMM

TAX

TOT
$885
$4

TOT        $890.

O

O

operating                    applicable

## Travel Summary          Agency Record Locator: QNENDJ

Traveler

| Date | | | Depart/Arrive | Class/Type | |
|------|--|--|---------------|-----------|--|
| 05/15/2015 | | DL 2555 | AM/10:03 | First | Confirmed |
| 05/15/2015 | | HERTZ | 05/15-05/15 | | Confirmed |
| 05/15/2015 | | DL 2651 | 05:00 PM/06:20 PM | | Confirmed |
| 05/15/2015 | TL-GNV | DL 2158 | 07:10 PM/08:23 PM | | Confirmed |

## Travel Consultant Remarks

***** TOTAL TICKET COST 1066.20 *****
*****
*****
*****
*****
--------------------------------------------------
*************************************************
IMPORTANT -
RECEIPT
PLEASE
24
THIS
AND
*************************************************

## AIR - Friday, May 15 2015

### Delta Air Lines  Flight DL2555  First Class

Depa                Hartsfield

Arrive:

10:03 AM Friday, May 15 2015

Duration:
Status:
Equipment:
Seat:
FF Number:              08693 - MITCHELSON/WILLIAM
                        additional information
                        http://www.delta.com/

## CAR - Friday, May 15 2015

|  |  |
| --- | --- |
|  |  |
|  | +1 (704) |
| D | Birmingham Parkway |
| Tel: |  |
| Fax: | +1 (704) 359- |
| Type: |  |
| Status: |  |
| Confi |  |
| A |  |
| Estimated |  |
| Inclu |  |
| Co |  |
| Freq | : |

## AIR - Friday, May 15 2015

|  |  |
| --- | --- |
|  |  |
| : |  |
|  |  |
|  |  |

## AIR Friday, May

| Delta | Flight DL2158 |
| --- | --- |
|  |  |
| : |  |
|  |  |
|  |  |

**Remarks**

************************************

**Invoi[illegible]ceipt**

:

**Hertz.**

RENTAL CHARGES
| | |
|---|---|
| DAYS | .00 |
| SUBTOTAL | .00 |
| DISCOUNT | .10 |
| SUBTOTAL | .90 |

**Sheraton**

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| | | | | $-704.25 |
| | | | $704.25 | $-704.25 |
| | | | $0.00 | |



operating              applicable

## Travel Summary        Agency Record Locator: IMCBTG

Traveler

MITCHELSON/WILLIAM

Referen

| Date | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|
| 05/1 | ATL-LGA | PM/03:04 | | Confirmed |
| 05/1 | LGA | 05/19-05/20 | | Confirmed |
| 05/20/201 | LGA-ATL | 07:00 PM/09:38 PM | First | Confirmed |

## Travel Consultant Remarks

```
-----------------------------------------------
***** TOTAL
*****
*****
*****
*****
*****
-----------------------------------------------
*************************************************
IMPORTANT
RECEIPT
PLEASE
24
THIS
AND
*************************************************
```

## Tuesday, May

| Delta | Lines Flight DL1486 First Class |
|---|---|

Depart:          Hartsfield-Jackson     SOUTH TERMINAL

A

Tuesday, May

| Durati | |
|---|---|
| Status: | |
| Equipment: | Boeing (Douglas) MD-88 |
| Seat: | 02A Confirmed |
| Meal: | Lunch |
| FF | MITCHELSON/WILLIAM R |

For additional                  link
http:

| Remarks: | PURCHASED NON-REFUNDABLE COACH FARE/COMPLIMENTARY UPGRADE TO |
|---|---|
| | AISLE SEAT    AVAILABLE.       CONFIRMED. |

## HOTEL - Tuesday, May 19 2015

Sheraton

Ad :

T

Fax: (212)

Check 201 May 20

S

Co

Nu

Nu

N

Rate

Gua

F :

Ad :

Desc :

Re TO

## AIR [redacted] day, May [redacted]

Delta Flig 697

De

Arrive:

Wednesday, May 2015

Duration:

Status:

Equi

Seat:

M

FF MITCHELSONWILLIAM

additional in and ho airline

ttp:

Remarks: PURCHASED NON-REFUNDABLE FARE/COMPLIMENTARY FIRST

## Remarks

THANK

OUR

FOR

PLEASE

EMERGENCY

PLEASE

A

THROUGH

YOUR

****************************************

FARE

THIS

AND

**Invoice / Ticket Receipt**

operating                    applicable

| Travel | | ry | Ag | | | |
|---|---|---|---|---|---|---|
| Traveler | | | | | | |
| BOONE/BRIAN | | | | | | |
| Reference | | | | | | |

| Date | From/To | Flight/Vendor | | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|---|
| 05/19/2015 | CLT-LGA | | | 07:40 AM/09:29 AM | | Confirmed |
| 05/19/2015 | LGA | | | 05/19-05/20 | | Confirmed |
| 05/20/2015 | LGA-CLT | | | 07:00 PM/09:05 PM | Economy | Confirmed |

## Travel Consultant Remarks

```
-------------------------------------------------
*****
*****
*****
*****
*****
*****
-------------------------------------------------
*************************************************
IMPORTANT
RECEIPT
PLEASE
24
THIS
AND WILL
*************************************************
```

| A | ay | |
|---|---|---|
| US Airways  Flight US2062  Economy Class | | |
| Depart: | | |
| | | |
| Arrive: | | |
| | 09:29 AM Tuesday, May    201 | |
| Duration: | | |
| Status: | | |
| Equipment: | | |
| Seat: | | |
| FF Number: | | |

## HOTEL - Tuesday, May 19 2015

I

      :

  :

Remarks:               DA       TO

## AIR - Wednesday, May 20 2015

US Airways  Flight US890  Economy Class

Depart:              Guardia,

Arri   :

                Wednesday, May

## Remarks

THANK
OUR
FOR
PLEASE
EMERGENCY
PLEASE
A
THROUGH
YOUR
**************************************
FARE
THIS
AND

**Invoice / Ticket Receipt**

# EXHIBIT B



# William (Mitch) R. Mitchelson, Jr.

**Partner**
mitch.mitchelson@alston.com



William R. (Mitch) Mitchelson focuses his practice on the defense of government investigations, internal corporate investigations, false claims act litigation and corporate legal compliance. He is the former leader of the firm's White Collar Crime Group and is the current chair of the firm's False Claims Act Working Group and co-chair of the firm's Health Care Litigation Team. He is a former federal prosecutor who has represented corporations and individuals in significant and high-profile government investigations across the United States. Mr. Mitchelson serves as the co-chair of the Southeast Subcommittee of the ABA Committee on White Collar Crime.

Following law school, Mr. Mitchelson served as a law clerk for The Honorable Cynthia Holcomb Hall of the United States Court of Appeals for the Ninth Circuit. At the request of the United States Department of Justice, Mr. Mitchelson has spoken to federal prosecutors about professionalism and ethics in the criminal justice system. He has also appeared as a legal analyst on CNN's *Wolf Blitzer Reports* and in print media, including *The National Law Journal* and *The Denver Post*, commenting on high-profile government investigations.

Offices: Atlanta
T: 404-881-7661
F: 404-253-8752

**Related Services**

Litigation

Government & Internal Investigations

Commercial

International Litigation

**Related Industries**

Health Care

**Education**

University of Chicago
(J.D., 1985)

Duke University
(B.A., 1982)

**Admitted To Practice**

Georgia

California

## Experience

- Counsel to senior executives of a public pharmaceutical company in connection with a federal investigation into allegations of off-label marketing.
- Counsel to national public health care companies in connection with Civil False Claims Act litigation.
- Counsel to a senior executive related to a government investigation of defense contracting issues.
- Counsel to a multinational energy company for a world-wide review of its compliance program, including compliance with the Foreign Corrupt Practices Act.
- Counsel to the chairman of one of the world's largest international banks in parallel federal, criminal and regulatory investigations relating to the acquisition of a U.S. insurance company.
- Counsel to numerous hospitals, public health care and pharmaceutical companies in internal investigations, government enforcement actions and qui tam litigation.
- Counsel to a public company's corporate compliance officer in a federal criminal prosecution, resulting in the dismissal of all charges.
- Counsel to one of the United States' largest energy companies in an internal investigation into regulatory accounting issues.

## News

- **Second Circuit Affirms $10 Million Judgment for Alston & Bird Clients**
  On June 11, the U.S. Court of Appeals for the Second Circuit affirmed a judgment in excess of $10 million in favor of Alston & Bird clients Kevin Brittingham and his company Random Ventures, Inc.

  June 16, 2015    Press Release

- **Alston & Bird Earns Broad Recognition in *Chambers USA 2015***
  Alston & Bird has earned broad recognition in the 2015 edition of *Chambers USA*, the peer review directory of leading U.S. business lawyers.

  May 20, 2015    Press Release

- **Alston & Bird Attorneys Recognized as "Georgia's Top Rated Lawyers"**
  Eighty-one Alston & Bird attorneys have been named "Georgia's Top Rated Lawyers."

  February 9, 2015    In the News

- **Alston & Bird Attorneys Named Best Lawyers in America 2015**
  One hundred and forty-seven Alston & Bird lawyers have been selected by their peers for inclusion in the 2015 edition of *The Best Lawyers In America*. The lawyers span the firm's eight U.S. offices and represent more than 60 different practice areas.

  August 19, 2014    Press Release

- ***Chambers USA* 2014 Edition Lists 21 Alston & Bird Practices and 97 Firm Attorneys**
  Twenty-one Alston & Bird practices have been listed in the 2014 *Chambers USA: America's Leading Lawyers for Business*. These include Antitrust; Banking & Finance; Bankruptcy/Restructuring; Construction; Corporate/M&A; Employee Benefits & Executive Compensation; Energy; Environment; ERISA Litigation; Government: Government Relations; Healthcare; Immigration; Intellectual Property; International Trade; Labor & Employment; Litigation: General Commercial, including White-Collar and Securities Litigation; Outsourcing; Privacy & Data Security; Real Estate; REITs; and Tax.

  May 23, 2014    In the News

## Events

### Past Events

Case 14-1764, Document 162, 07/10/2015, 1551452, Page97 of 108

- **Alston & Bird Health Care Forum 2012: Compliance, Investigations and Litigation after Health Care Reform**
  May 2, 2012    Seminar

**Memberships and Affiliations**

- Recognized as a leading lawyer for white collar crime and health care in *Chambers USA: America's Leading Lawyers for Business,* 2012.
- Named in *The Best Lawyers in America,* 2012 and 2013.
- Listed as a top lawyer in "Criminal Defense: White Collar" in *Super Lawyers* magazine, 2012.
- Identified in the *International Who's Who of Business Crime Lawyers,* 2011.
- Recognized in the list of "Top Lawyers," *Corporate Counsel* magazine, 2011.
- Selected as one of Georgia's "Legal Elite" by *Georgia Trend* magazine.

©2015 ALSTON & BIRD LLP

Case 14-1764, Document 162, 07/10/2015, 1551452, Page98 of 108



## Brian D. Boone

**Senior Associate**
brian.boone@alston.com

Brian Boone has represented clients before the U.S. Supreme Court, federal and state appellate and trial courts, and arbitration panels in cases involving constitutional law, antitrust, RICO, the False Claims Act, healthcare, securities, and state consumer-fraud laws. Brian has argued before federal and state appellate courts in cases involving complex commercial disputes.

Recently, Brian and fellow Alston & Bird litigator Nowell Berreth convinced the U.S. Supreme Court to grant review in *Dart Cherokee Basin Operating Co., LLC v. Owens*, No. 13-719, and then to rule in their clients' favor on the merits. That victory prompted Law360 to name Brian and Nowell to its weekly list of "Legal Lions."

Brian started private practice in the Washington, D.C. office of a global law firm. Before that, Brian served as a judicial clerk to the Honorable Karen J. Williams of the U.S. Court of Appeals for the Fourth Circuit. He graduated with high honors from Emory University School of Law, where he was the Sol I. Golden Scholar. Brian received his undergraduate degree, summa cum laude in political science and history, from King College.

Brian was named a North Carolina *Super Lawyers* "Rising Star" in Litigation for 2014 and 2015.



Offices: Charlotte
T: 704-444-1106
F: 704-444-1111

**Related Services**

Litigation

Appellate

Financial Services Litigation

Commercial

Class Action

Antitrust

**Education**

Emory University
(J.D., 2006)

King College
(B.A., 1998)

**Admitted To Practice**

North Carolina

District of Columbia

Georgia

### Experience

- Successfully petitioned the U.S. Supreme Court in *Dart Cherokee Basin Operating Co., LLC v. Owens*, No. 13-719, and then convinced the Court to rule in clients' favor on the merits. The Court clarified that a defendant seeking removal to federal court need not include evidence of federal jurisdiction in its notice of removal; allegations of federal jurisdiction suffice. The Court also rejected the so-called "presumption" against removing cases to federal court under the Class Action Fairness Act.

- Won summary judgment for a Fortune 500 company in a high profile preemption and First Amendment challenge to a New York City regulation. Brian wrote the briefs that convinced the federal court to strike down the regulation as preempted by federal law.

- Serving as lead appellate counsel before the Supreme Court of Georgia in a commercial dispute over Ferrari race cars.

- Defended a Fortune 100 managed care company against multiple nationwide class actions involving claims under ERISA, RICO and the Sherman Act.

- As first-chair, won multiple expedited arbitrations for a Fortune 500 company.

- Serving as lead appellate counsel in a complex commercial dispute before the U.S. Court of Appeals for the Second Circuit.

- Representing forty-four former state attorneys general as *amici curiae* supporting former Virginia Governor Bob McDonnell's appeal of his convictions to the U.S. Court of Appeals for the Fourth Circuit.

- Defended Georgia's business judgment rule in the Georgia Supreme Court.

- Represented a GPO trade association as *amicus curiae* supporting certiorari to the U.S. Supreme Court in an antitrust case challenging the legality of above-cost market share and volume discounts. Brian wrote the association's amicus brief.

- Represented a global automobile manufacturer in one of the largest multidistrict litigations in history.

- Defended a municipal property tax against constitutional challenge before the U.S. Supreme Court. Brian drafted the city's merits brief.

- Represented a large bank in consolidated, nationwide consumer class actions challenging checking account overdraft fees.

- Representing a national satellite television provider in putative nationwide antitrust class actions challenging the National Hockey League's and Major League Baseball's systems for distributing telecasts of live games.

- Serving as lead appellate counsel for the U.S. Chamber of Commerce in an auditor-liability case before the Supreme Court of North Carolina. The Chamber filed an *amicus* brief supporting the auditor's appeal.

- Represented the nation's largest independent securities regulator in preliminary injunction proceedings in North Carolina federal court. The court ruled in the client's favor.

- Represented three former U.S. Attorneys General as *amicus curiae* in a U.S. Supreme Court case addressing issues under the Foreign Sovereign Immunities Act.

- Defended a Big Four accounting firm in a high-stakes professional liability action stemming from the failure of three Florida insurance companies.

- Obtained a preliminary injunction in federal court for a Fortune 100 financial institution, stopping a rogue arbitration.

- Defended a federal officer against *Bivens* claims in the U.S. Court of Appeals for the Ninth Circuit.

- Serving as lead appellate counsel in multiple cases before the U.S. Court of Appeals for the Fourth Circuit.

### News

- **Second Circuit Affirms $10 Million Judgment for Alston & Bird Clients**
  On June 11, the U.S. Court of Appeals for the Second Circuit affirmed a judgment in excess of $10 million in favor of Alston & Bird clients Kevin Brittingham and his company Random Ventures, Inc.

  June 16, 2015    Press Release

- ***Daily Report* Highlights Alston & Bird U.S. Supreme Court Win**
  The *Daily Report* highlighted the U.S. Supreme Court's decision in favor of Alston & Bird clients, Dart Cherokee and Cherokee Basin, noting that Nowell Berreth, partner in the firm's Litigation Group, argued the case, his first before the High Court.

  December 15, 2014    In the News

- **Alston & Bird Presents Case to U.S. Supreme Court in *Dart Cherokee Basin Operating Company, LLC v. Owens***
  In April 2014, the U.S. Supreme Court granted certiorari in *Dart Cherokee Basin Operating Co., LLC v. Owens*, No. 13-719 (U.S. Apr. 7, 2014). On October 7, 2014, the High Court heard oral argument in the case. Alston & Bird litigators Nowell Berreth, Brian Boone, and Jonathan Parente represent petitioners Dart Cherokee and Cherokee Basin in the Supreme Court proceedings.

  October 7, 2014    Press Release

## Publications

- **"TRENDS in Litigation," Winter 2015**
  *Trends* features updates on key litigation issues and highlights Alston & Bird's broad and diverse litigation practices. Our Winter 2015 edition is filled with a variety of short articles addressing interesting and timely topics.

  January 7, 2015    Publications

- ***Class Action Round-Up:* Fall 2014**
  During the third quarter of 2014, we again saw various federal courts interpret and apply Comcast with mixed results for class defendants. Some courts (like the Tenth Circuit) found that damages presented highly individualized issues precluding class-wide treatment, while others approved of proposed class-wide damages models. Arguments regarding inadequate representation were on the rise this quarter and posed hurdles for several putative classes.

  Fall 2014    Publications

- ***Class Action ADVISORY:* In *Crockett*, the Sixth Circuit Denied Class Arbitration Because the Contract Didn't Expressly Call for It**
  This advisory discusses *Reed Elsevier, Inc. v. Crockett*, No. 12-3574 (6th Cir. Nov. 5, 2013), where the Sixth Circuit took a deep dive into the Supreme Court's recent arbitration jurisprudence and continued the trend of pro-defendant arbitration decisions. Following the Supreme Court's recent decision in *AMEX*, the circuit court held that the arbitration clause at issue did not authorize classwide arbitration because "the clause nowhere mention[ed] it."

  November 12, 2013    Advisories

- ***Class Action Litigation Advisory:* In *Rodriguez*, the Ninth Circuit Made It Easier to Remove Under CAFA**
  This advisory discusses the Ninth Circuit's holding in *Rodriguez v. AT&T Mobility Services LLC*, No. 13-56149 (9th Cir. Aug. 27, 2013), where the court made it a little easier for defendants to remove cases under the Class Action Fairness Act (CAFA). Taking its cues from the Supreme Court's recent decision in *Standard Fire*, the Ninth Circuit held that a defendant seeking to remove a case under CAFA needs to prove the amount in controversy only by a preponderance of the evidence, not by a legal certainty.

  *Rodriguez* is good news for defendants.

  September 5, 2013    Advisories

- ***Class Action Litigation/Antitrust Advisory:* Applying *Comcast Corp. v. Behrend*, D.C. Circuit Derails Freight Surcharge Class**
  Last term, in *Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2013), the Supreme Court made clear that class certification is inappropriate if the plaintiffs' injury model does not fit their liability theory.

  This advisory discusses how, two weeks ago, in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. 12-7085 (D.C. Cir. Aug. 9, 2013), the D.C. Circuit applied *Behrend* to vacate class certification because the plaintiffs' injury model was not tailored to their alleged harm. The ruling could be a sign of things to come.

  August 19, 2013    Advisories

## Memberships and Affiliations

- Admitted to practice in North Carolina, Georgia, and the District of Columbia and before the U.S. Supreme Court, the U.S. Courts of Appeals for the Second, Third, Fourth, Ninth, Eleventh, and Federal Circuits, the U.S. District Courts for the Eastern and Western Districts of North Carolina, and the Georgia Supreme Court.

©2015 ALSTON & BIRD LLP

# ALSTON&BIRD



**James B. Cash, Jr.**
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-4287
james.cash@alston.com

**Services**
Litigation
Insurance Litigation & Regulation

**Education**
University of Kentucky
(J.D., 2010)

Furman University
(B.A., 2004)

**Admitted to Practice**
Georgia

# James B. Cash, Jr.
## Associate

James B. Cash Jr. is an associate in the Litigation & Trial Practice Group and concentrates his practice on complex commercial litigation.

Mr. Cash received his J.D., magna cum laude, from the University of Kentucky College of Law. During law school, he was a member of the *Kentucky Law Journal* and served on its editorial board. He also interned with the Securities and Exchange Commission in Washington D.C. and twice worked as a summer clerk for Justice Lisabeth Abramson of the Kentucky Supreme Court. Upon graduation, he was elected to the Order of the Coif.

Prior to joining Alston & Bird, Mr. Cash worked as a law clerk for the Honorable Thomas B. Russell, Chief Judge of the Western District of Kentucky.

### *Publications*

- "High Stakes in Play with Rule 68 Decisions," *Law360*, July 28, 2014.

- "When Is an Equity Participant Actually a Creditor? The Effects of *In re AFI Holdings* on Ponzi Scheme Victims and the Good Faith Defense," 98 *Ky. L.J.* 329 (2010).

# EXHIBIT C

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Lynsey Thompson,<br>Random Ventures, Inc., &<br>Kevin Brittingham v.<br>Advanced Armament Corp.,<br>LLC & Remington Arms<br>Co., LLC | USCA DOCKET NUMBER:<br>14-1764 (L), 14-1983, 14-1990 | COUNSEL'S NAME:<br>Brian D. Boone |
| | DISTRICT/AGENCY:<br>**S.D.N.Y.** | COUNSEL'S ADDRESS:<br>101 S. Tryon St., Ste. 4000<br>Charlotte, NC 28280 |
| | DISTRICT/AGENCY NUMBER:<br>**12-cv-6792 (KBF)** | DATE:<br>6/25/2015 |

Counsel for
 Kevin Brittingham and Random Ventures, Inc.
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 Defendants, Advanced Armament Corp., LLC & Remington Arms Co., LLC,
and in favor of
 Kevin Brittingham and Random Ventures, Inc.
for insertion in the mandate.

Docketing Fee                                                        $505.00

Costs of printing appendix (necessary copies _____ )    n/a

Costs of printing brief (necessary copies  6 _____ )    $471.80

Costs of printing reply brief (necessary copies  6 _____ )    $277.30

**(VERIFICATION HERE)**

*Brian D. Boone*

I, Brian D. Boone, declare that I have reviewed the attached invoices and attest that they are true and correct to the best of my knowledge.

Signature

Rev. April, 2011

# The Lex Group VA

P.O. Box 1111
Richmond, VA 23218
804-644-4419
EIN #11-3707249

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/8/2014 | 25754 |

| CONTRACTING ATTORNEY |
|---|
| William Mitchelson, Jr.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |

| RECORD NUMBER AND STYLE |
|---|
| 14-1764(L)<br>Lynsey Thompson, et al.<br>v.<br>Advanced Armament Corp., LLC, et al. |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/1 | EKR | 12/5/2014 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Consultation/Base Fee/4th Circuit | | 150.00 | 150.00 |
| Brief of Appellees/Cross-Appellants/per page fee/4th Circuit<br>(8 copies of 58 pages = 464) | 464 | 0.35 | 162.40 |
| Paralegal Fee<br>(Format Brief/Update TOC & TOA) | 1 | 200.00 | 200.00 |
| Federal Express/UPS | | 56.93 | 56.93 |
| | | | |

| Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249 | Total | $569.33 |
|---|---|---|

We accept Visa, MasterCard, Discover and American Express.

| Balance Due | $569.33 |
|---|---|

# Invoice

**The Lex Group VA**
P.O. Box 1111
Richmond, VA 23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|------|-------------|
| 2/19/2015 | 26120 |

| CONTRACTING ATTORNEY |
|---|
| William Mitchelson, Jr.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |

| RECORD NUMBER AND STYLE |
|---|
| 14-1764(L); 14-1983; 14-1990<br>Lynsey Thompson, et al.<br>v.<br>Advanced Armament Corp., LLC, et al. |

| TERMS | LEX REP | FILING DATE |
|-------|---------|-------------|
| Net 30/1 | EKR | 2/18/2015 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Consultation/Base Fee/Second Circuit | | 150.00 | 150.00 |
| Reply Brief of Appellee/Cross-Appellants/Per Page Fee/<br>Second Circuit<br>(8 copies of 13 pages = 104) | 104 | 0.35 | 36.40 |
| Paralegal Fee<br>(Format Brief/Update TOC & TOA) | 0.5 | 200.00 | 100.00 |
| Federal Express/UPS | | 54.66 | 54.66 |

| Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249 | **Total** | **$341.06** |
|---|---|---|

We accept Visa, MasterCard, Discover and American Express.

| **Balance Due** | **$341.06** |
|---|---|

Expense Report Notice of Appeal Fee



ER00296380

Attach this cover sheet to your receipts when scanning.

Please sign this expense report at the bottom of the page.

## EXPENSE REPORT ER00296380 - Notice of Appeal Fee

| | | | |
|---|---|---|---|
| Employee Name | MICHAEL MALLOY | Employee Title | ADMINISTRATIVE |
| Employee ID | 64174 | Department | 1003-0035 |
| Submit Date | | Purpose | |
| From Date | Jun 9, 2014 | To Date | Jun 9, 2014 |

### LINKED DOCUMENTS

No documents to display

### ER TP COMPARISON

No data to display

### FINANCIAL OVERVIEW

| | |
|---|---|
| Total Expenses | $505.00 |
| Personal Expenses | $0.00 |
| Authorized Expenses | $505.00 |
| Firm Paid Expenses | $0.00 |
| Amount Due Employee | $505.00 |

### ACCOUNT DISTRIBUTION

| Account | Amount |
|---|---|
| 446861/Non-Travel/Billable | $505.00 |

### EXPENSE SUMMARY

| Expense Category | Amount | Approved Amount |
|---|---|---|
| Non-Meals & Entertainment | $505.00 | |

### EXPENSE DETAILS

| | Date of Expense | Type | Transaction Amount | Amount | Approved Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 1 | Jun 9, 2014 | Filing Fee | $505.00 | $505.00 | | | Firm American Express | CARD ACQUIRING SERVICE-FM |

Location: New York/New York/United States
Description: Fee to File Notice of Appeal
Allocations: | $505.00 | $505.00 | 446861/Non-Travel/Billable | Federal Appeal - Brittingham, Kevin |

### DOCUMENT EXCEPTIONS

No data to display

6/18/2014                          Expense Report Notice of Appeal Fee

ITEM EXCEPTIONS
No data to display

DOCUMENT NOTES
No data to display

ITEM NOTES
No data to display


_____          _____
Employee Signature                                  Date

## Appeal Documents
<u>1:12-cv-06792-KBF Random</u>
<u>Ventures, Inc. et al v. Advanced</u>
<u>Armament Corp., LLC et al</u> **CASE**
**CLOSED on 05/12/2014**

CLOSED,APPEAL,ECF

<div align="center">

**U.S. District Court**

**Southern District of New York**
</div>

### Notice of Electronic Filing

The following transaction was entered by Mitchelson, William on 6/9/2014 at 4:13 PM EDT and filed on 6/9/2014

**Case Name:**      Random Ventures, Inc. et al v. Advanced Armament Corp., LLC et al
**Case Number:**    <u>1:12-cv-06792-KBF</u>
**Filer:**
**WARNING: CASE CLOSED on 05/12/2014**
**Document Number:** No document attached

**Docket Text:**
**Appeal Fee Payment: for [214] Notice of Appeal,. Filing fee $ 505.00, receipt number 0208-9760208. (Mitchelson, William)**

**1:12-cv-06792-KBF Notice has been electronically mailed to:**

Andrew Charles Levitt     alevitt@ohareparnagian.com

Brian D. Boone     brian.boone@alston.com

Dana Lewis Rust     drust@mcguirewoods.com

Edward M. Eakin , III     jeakin@mcguirewoods.com, dbevan@mcguirewoods.com, mschwartz@mcguirewoods.com, rtate@mcguirewoods.com

Michael G. Zarocostas     mzarocostas@ohareparnagian.com

Michael Joseph DiMattia     MDiMattia@mcguirewoods.com, echin@mcguirewoods.com

Philip A. Goldstein     pagoldstein@mcguirewoods.com, echin@mcguirewoods.com

Robert A. O'Hare , Jr     rohare@ohareparnagian.com

Robert Jason D'Cruz     rjd@mmmlaw.com, cdiggs@mmmlaw.com, cme@mmmlaw.com, kbrown@mmmlaw.com, lnordin@mmmlaw.com, mcaiafa@mmmlaw.com

Thomas E Spahn    tspahn@mcguirewoods.com

William R. Mitchelson , Jr    mitch.mitchelson@alston.com

**1:12-cv-06792-KBF Notice has been delivered by other means to:**

Leslie J. Nordin
Morris, Manning & Martin, LLP
1600 Atlanta Financial Ctr., 3343 Peachtree Rd. N.E.
Atlanta, GA 30326